UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TEMPUS AIRCRAFT SALES AND | ) Case No. |
| SERVICE, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## LIST OF EQUITY SECURITY HOLDERS

In a chapter 11 reorganization case, the following information is required pursuant to Fed R. Bankr. P. 1007(a)(3):

Check applicable box:

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ X ]   The following are the debtor's equity security holders:

1. Santiago Business Co. International Ltd., Attn: Mr. Brian Hatton, 18 Athol Street, Douglas, Isle of Man IM1 1JA; holds 50% of the outstanding units.

2. JGG 2011 Irrevocable Trust, Attn: John G. Gulbin, III, 23 Plum Thicket Road, Bluffton, South Carolina 29910; holds 50% of the outstanding units.

Dated: April 25, 2018

TEMPUS AIRCRAFT SALES AND
SERVICE, LLC

By: John G. Gulbin, III
Its: Manager

WADSWORTH WARNER CONRARDY P.C.

David V. Wadsworth, #32066
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 Fax
dwadsworth@wwc-legal.com
aconrardy@wwc-legal.com