| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tempus Aircraft Sales and Service, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amstat**  44 Apple Street, Suite 5  Tinton Falls, NJ 07724 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $1,750.00 |
| **Aviall Services**  7285 S Revere Pkwy #703  Centennial, CO 80112 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $2,856.58 |
| **BCS Voice and Data Solutions**  4540 Bonney Road, Suite D  Virginia Beach, VA 23462 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $7,859.72 |
| **BZK Custom Contracting LLC**  2850 E Sierra St  Phoenix, AZ 85028-1914 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $55,371.01 |
| **Camp System International**  11 Continental Blvd, Suite C  Merrimack, NH 03054 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $2,825.00 |
| **Campbell Capital**  647 Fairfield Beach Road  Fairfield, CT 06824 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $7,500.00 |
| **Continental Testing Services, Inc.**  P.O. Box 100  La Grange, IL 60525 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $9,347.70 |

Debtor **Tempus Aircraft Sales and Service, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dallas Aeromotive**<br>900 Nolen Drive, Suite 100<br>Grapevine, TX 76051 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $1,461.04 |
| **Denver Jet Center**<br>7625 S Peoria St.<br>Englewood, CO 80112 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $29,064.87 |
| **Hartzell Propeller Inc.**<br>One Propeller Place<br>Piqua, OH 45356 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $121,087.60 |
| **Law Office of Fred Begy III P.C.**<br>30 S Wacker Dr # 2600<br>Chicago, IL 60606 | | **Attorney Fees as of October 31, 2017 (estimate)** | | | | $81,535.12 |
| **Masco Service Corp.**<br>850 S Dooley St.<br>Grapevine, TX 76051 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $27,305.00 |
| **Mid-Continent Instruments Co.**<br>9400 E 34th St. N.<br>Wichita, KS 67226 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $1,425.00 |
| **Pilatus Business Aircraft Ltd.**<br>11755 Airport Way<br>Broomfield, CO 80021 | | **Aircraft Purchase Agreement** | **Disputed Subject to Setoff** | | | $471,005.02 |
| **Rocky Mountain Propellers Inc.**<br>2865 Airport Drive<br>Erie, CO 80516 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $2,000.00 |
| **Snap on Tools**<br>2470 S. Osceola St.<br>Denver, CO 80219 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $3,196.00 |
| **Stonebriar Commercial Finance, LLC**<br>5601 Granite Parkway, Suite 1350<br>Plano, TX 75024 | | **MSN 9002 - Global Express Aircraft** | **Disputed** | $12,318,014.45 | $6,000,000.00 | $6,318,014.45 |
| **Straight Flight Inc.**<br>13251 E Control Tower Rd<br>Englewood, CO 80112 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $1,226.00 |
| **Top Flight Detailing**<br>7087 Turweston Ln.<br>Castle Rock, CO 80108 | | **Vendor Claim as of October 31, 2017 (estimate)** | | | | $2,615.00 |

Debtor **Tempus Aircraft Sales and Service, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zarlengo Raub LLP**<br>**4865 Ward Road**<br>**Wheat Ridge, CO 80033** | | **Accountant fees as of October 31, 2017 (estimate)** | | | | $10,000.00 |