a UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 18-13507 EEB |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC. | |
| | Chapter 11 |
| Debtor. | |

## ORDER OF RECUSAL AND ORDER VACATING HEARINGS

THIS MATTER comes before the Court *sua sponte* on the need for recusal and reassignment. The undersigned deems it would be improper for her to hear the within bankruptcy case. Therefore, it is

ORDERED that the undersigned bankruptcy judge hereby recuses herself from hearing this matter; and it is

FURTHER ORDERED that the Clerk shall reassign this case to Judge Romero. The Clerk of the Court shall adjust the draw accordingly.

FURTHER ORDERED that the hearings set on Wednesday, May 2, 2018, at 3:00 p.m. are VACATED.

DATED this 27th day of April, 2018            BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge