## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 18-13507 - MER |
| Tempus Aircraft Sales and Service, LLC ) | |
| Tax ID/EIN: 45-3166415 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE THAT**, pursuant to Sections 102(1), 342, and 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure the undersigned hereby enters his appearance as counsel for creditor Bank of the West, and requests that all notices given or required to be given in this chapter 11 case be given to and served upon the following:

James T. Markus, Esq.
Markus, Williams, Young & Zimmermann LLC
1700 Lincoln Street, Ste. 4550
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
jmarkus@markuswilliams.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed, manually or electronically, with regard to the above captioned cases or proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this party's right to trial by jury in any proceeding so triable herein or any case, controversy or proceeding related hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory discretionary withdrawal, (iv) for other matters not constitutionally authorized to be tried by the Bankruptcy Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Dated this 30th day of April, 2018.

        MARKUS WILLIAMS YOUNG AND ZIMMERMANN LLC

        *s/James T. Markus*
        James T. Markus, #25065
        1700 Lincoln Street, Suite 4550
        Denver, Colorado 80203
        Telephone (303) 830-0800
        Facsimile (303) 830-0809
        jmarkus@markuswilliams.com

        *Attorneys for Bank of the West*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2018, a true and correct copy of the forgoing pleading was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as indicated below:

**Via CM/ECF**

Lacey S. Bryan
lbryan@wwc-legal.com

Aaron J. Conrardy
aconrardy@wwc-legal.com

David Wadsworth
dwadsworth@wwc-legal.com

Alan K. Motes
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*/s/ Serina R. Schaefer*
　　　　　　　　　　　　　　　　　　　　　Serina R. Schaefer, Legal Assistant

{Z0219279/1 }