**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| May 3, 2018 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC<br><br>   Debtor | Case No. 18-13507 MER<br><br>Chapter 11 |

Appearances:

| Debtor | Tempus Aircraft Sales and Service, LLC; John Gulbin (present), Scott Terry (present telephonically) | Counsel | David Wadsowrth, Aaron Conrardy |
|---|---|---|---|
| Creditor | Bank of the West | Counsel | Jennifer Salisbury, Donald Allen |
| Creditor | Pilatus Business Aircraft, Ltd. | Counsel | John Tanner, Donald Kirk, Bruce Bermen |
| Creditor | Drew and Ralph Blum | Counsel | Matt Wolf |
| Creditor | Stonebriar Commercial Finance, LLC | Counsel | Yenji Zhu |
| UST | United States Trustee | Counsel | Alan Motes |
| Receiver | Ed Cordes (present telephonically) | Counsel | Dan Roner |

Proceedings:  Preliminary Hearing on Debtor's Motion to Compel Turnover and Receiver's Motion to Excuse Turnover

Orders:

Receiver Ed Cordes shall immediately provide the Debtor reasonable access to its books and records in the Receiver's possession.

Receiver Ed Cordes and Bank of the West shall allow representatives of the Debtor to be present at the Debtor's facilities, provided the Receiver and Bank of the West may have their own representatives present.

The Debtor's assets in the Receiver's possession shall remain in the Receiver's possession pending further order of the Court.

By separate order, the Court will set a full-day evidentiary hearing for May 25, 2018 on the Debtor's Motion to Compel Turnover, the Receiver's Motion to Excuse Turnover, and Bank of the West's Motion for Relief from the Automatic Stay.

Within 14 days of this Minute Order, the Debtor shall file a status report stating the estimated date by which it will file all required schedules and a statement of financial affairs.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By: _/s/ Michael L. Schuster_____
Deputy Clerk