**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-13507-MER |
| Tempus Aircraft Sales and Service, LLC ) | Chapter 11 |
| ) | |
| ) | |
| Debtor ) | |

**JOINT MOTION BY DEBTOR AND BANK OF THE WEST TO AMEND DATES IN ORDER AND NOTICE OF EVIDENTIARY HEARING**

Movants, Bank of the West and Debtor, by and through their undersigned counsel, respectfully request, pursuant to F.R.B.P. 7016 and F.R.C.P 16(b)(4), that the Court enter an order amending certain dates in that Order and Notice of Evidentiary Hearing filed on May 4, 2018 at Docket #49.

### I.   PROCEDURAL BACKGROUND

1. The Debtor filed its voluntary Chapter 11 petition on April 26, 2018.

2. On May 3, 2018, the Court held a preliminary hearing on the Motion to Excuse Turnover filed by Bank of the West, and the Debtor's Motion To Compel Turnover of Estate Property.

3. On May 4, 2018, the Court entered its Order and Notice of Evidentiary Hearing at Docket #49 ("**Order**").

4. The Order set the evidentiary hearing for May 25, 2018 and set a series of preliminary dates for exchange of lists of witnesses and exhibits.

## II. REQUESTED RELIEF

5. The dates set in the Order do not allow the parties sufficient time to complete contemplated discovery before exhibit and witness lists are required to be exchanged and produced.

6. The parties have agreed that the deposition of the receiver Ed Cordes shall occur on May 17, 2018.

7. The parties have agreed that the deposition of John ("Jack") Gulbin shall occur on May 18, 2018.

8. The Debtor and the Bank have served written discovery requests on each other with an agreed mutual response date of May 18, 2018.

9. Based on the above compressed discovery schedule, the Debtor and the Bank respectfully request the following changes to the Order:

| Activity | Date in Order | Requested Revised Date |
|---|---|---|
| Exchange of Witness Lists and Exhibits | May 15, 2018 | May 22, 2018 |
| List of Witnesses and Exhibits to be Filed with Court | May 18, 2018 | May 22, 2018 |
| Illustrative Aids to be Exchanged | May 18, 2018. | May 22, 2018 |
| Objections to Witnesses or Exhibits | May 20, 2018 | May 23, 2018 |
| Stipulated Facts | May 15, 2018 | May 18, 2018 |
| Supplement to Stipulated Facts | None | May 23, 2018 |
| Debtor Exhibit Labels | Numbers and Letters | Letters |
| Bank Exhibit Labels | Letters and Numbers | Numbers |

10. Due to the accelerated nature of the matters to be heard on May 25, 2018, Debtor and Bank of the West believe that there is good cause for modifying the above schedules and request the court's consent pursuant to F.R.B.P.7016 and F.R.C.P. 16(a)(4).

Respectfully submitted this 9th day of May, 2018.

        MARKUS WILLIAMS
        YOUNG & ZIMMERMANN LLC

        */s/Donald D. Allen*
        Donald D. Allen, #10340
        1700 Lincoln Street, Suite 4550
        Denver, Colorado 80203-4505
        Telephone (303) 830-0800
        Facsimile (303) 830-0809
        Email: dallen@markuswilliams.com
        Attorneys for Bank of the West

        WADSWORTH WARNER CONRARDY, P.C.

        */s/Aaron J. Conrardy*
        David V. Wadsworth, #32066
        Aaron J. Conrardy, 40040
        2580 West Main Street, Suite 200
        Littleton, Colorado 80120
        Telephone (303) 296-1999
        Facsimile (303) 296-7600
        dwadsworth@wwc-legal.com
        aconrardy@wwc-legal.com
        Attorneys for Debtor in Possession

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2018, a true and correct copy of the forgoing JOINT MOTION BY DEBTOR AND BANK OF THE WEST TO AMEND DATES IN ORDER was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as indicated below:

**VIA CM/ECF**

Duncan E. Barber
dbarber@sbbolaw.com

Lacey S. Bryan
lbryan@wwc-legal.com

Aaron J. Conrardy
aconrardy@wwc-legal.com

Caroline C. Fuller
cfuller@fwlaw.com

Donald R. Kirk
dkirk@carltonfields.com

Alan K. Motes
Alan.Motes@usdoj.gov

John M. Tanner
jtanner@fwlaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

David Wadsworth
dwadsworth@wwc-legal.com

Thomas E.M. Werge
tom@werge.law

Matthew M. Wolf
mwolf@allen-vellone.com

                                                 */s/Serina R. Schaefer*
                                                 Serina R. Schaefer, Legal Assistant