# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-13507-MER |
| Tempus Aircraft Sales and Service, LLC ) | Chapter 11 |
| ) | |
| ) | |
| Debtor ) | |

**ORDER GRANTING JOINT MOTION BY DEBTOR AND BANK OF THE WEST TO AMEND DATES IN ORDER AND NOTICE OF EVIDENTIARY HEARING**

This matter comes before the court on the Joint Motion by Bank of the West and Debtor, pursuant to F.R.B.P. 7016 and F.R.C.P 16(b)(4), for an order amending certain dates in that Order and Notice of Evidentiary Hearing filed on May 4, 2018 at Docket #49.

There being good cause therefore, it is hereby ordered:

1. The Motion is Granted.

2. The court's May 4, 2018, Order and Notice of Evidentiary Hearing at Docket #49 ("**Order**") is hereby amended as follows:

| Activity | Original Date | Amended and Revised Date |
|---|---|---|
| Exchange of Witness Lists and Exhibits | May 15, 2018 | May 22, 2018 |
| List of Witnesses and Exhibits to be Filed with Court | May 18, 2018 | May 22, 2018 |
| Illustrative Aids to be Exchanged | May 18, 2018. | May 22, 2018 |
| Objections to Witnesses or Exhibits | May 20, 2018 | May 23, 2018 |
| Stipulated Facts | May 15, 2018 | May 18, 2018 |
| Supplement to Stipulated Facts | None | May 23, 2018 |
| Debtor Exhibit Labels | Numbers and Letters | Letters |
| Bank Exhibit Labels | Letters and Numbers | Numbers |

{Z0221033/1 }

Ordered this 10th day of May, 2018.

_____<br>UNITED STATES BANKRUPTCY JUDGE