# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## JOINDER BY STONEBRIAR COMMERCIAL FINANCE LLC

Stonebriar Commercial Finance LLC, by and through its undersigned counsel, hereby joins in the following pleadings:

1. *Motion to Compel Turnover of Estate Property and Request for Expedited Hearing* (Docket No. 11).

2. *Objection to Motion to Excuse Turnover of Property by Receiver Cordes & Co.* (Docket No. 50).

DATED this 18th day of May, 2018.

    Respectfully submitted,

    BURNS CHAREST LLP

    */s/ LeElle Slifer*
    LeElle Slifer
    BURNS CHAREST LLP
    900 Jackson Street, Suite 500
    Dallas, Texas 75202
    (469) 904-4550 / (469) 444-5002 FAX
    lslifer@burnscharest.com
    Attorneys for Stonebriar Commercial Finance LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND ) | |
| SERVICE, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 18, 2018, I served by prepaid first-class U.S. mail, or electronically through CM/ECF where indicated, a copy of the **JOINDER BY STONEBRIAR COMMERCIAL FINANCE LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Donald D. Allen, via CM/ECF
- Attorney Duncan E. Barber, via CM/ECF
- Attorney Lacey S. Bryan, via CM/ECF
- Attorney Aaron J. Conrardy, via CM/ECF
- Attorney Caroline C. Fuller, via CM/ECF
- Attorney Donald R. Kirk, via CM/ECF
- Attorney Alan K. Motes, via CM/ECF
- Attorney James T. Markus, via CM/ECF
- Attorney Jennifer M Salisbury, via CM/ECF
- Attorney John M. Tanner, via CM/ECF
- Attorney David Wadsworth, via CM/ECF
- Attorney Thomas E.M. Werge, via CM/ECF
- Attorney Matthew M. Wolf, via CM/ECF

*/s/LeElle Slifer*
Attorney for Stonebriar Commercial
Finance LLC