```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                      Case No. 18-13507-MER
Tempus Aircraft Sales and Service, LLC                      Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: potters              Page 1 of 2              Date Rcvd: May 18, 2018
                               Form ID: pdf904            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db             +Tempus Aircraft Sales and Service, LLC,   12260 East Control Tower Road,
                 Englewood, CO 80112-4502
17979480       +Amstat,   44 Apple Street, Suite 5,    Tinton Falls, NJ 07724-2672
17979484       +Aviall Services,   7285 S Revere Pkwy #703,    Centennial, CO 80112-3947
17979488       +BCS Voice and Data Solutions,   4540 Bonney Road, Suite D,    Virginia Beach, VA 23462-3872
17979491        BZK Custom Contracting LLC,   2850 E Sierra St,   Phoenix, AZ 85028-1914
17979493       +Camp System International,   11 Continental Blvd, Suite C,   Merrimack, NH 03054-4341
17979496       +Campbell Capital,   647 Fairfield Beach Road,    Fairfield, CT 06824-6730
17979498       +Continental Testing Services, Inc.,    P.O. Box 100,   La Grange, IL 60525-0100
17979504       +Denver Jet Center,   7625 S Peoria St.,   Englewood, CO 80112-4163
17979509       +Hartzell Propeller Inc.,   One Propeller Place,   Piqua, OH 45356-2656
17979516       +Law Office of Fred Begy III P.C.,   30 S Wacker Dr # 2600,   Chicago, IL 60606-7512
17979518       +Masco Service Corp.,   850 S Dooley St.,   Grapevine, TX 76051-4128
17979521       +Mid-Continent Instruments Co.,   9400 E 34th St. N.,   Wichita, KS 67226-2615
17979524       +Pilatus Business Aircraft Ltd.,   11755 Airport Way,   Broomfield, CO 80021-2585
17979528       +Rocky Mountain Propellers Inc.,   2865 Airport Drive,   Erie, CO 80516-8124
17979530       +Snap on Tools,   2470 S. Osceola St.,   Denver, CO 80219-5208
17979531       +Stonebriar Commercial Finance, LLC,    5601 Granite Parkway, Suite 1350,   Plano, TX 75024-6770
17979532       +Straight Flight Inc.,   13251 E Control Tower Rd,   Englewood, CO 80112-4438
17979537       +Top Flight Detailing,   7087 Turweston Ln.,   Castle Rock, CO 80108-3606
17979539       +Zarlengo Raub LLP,   4865 Ward Road,   Wheat Ridge, CO 80033-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17979502       +E-mail/Text: vgillenwater@dallasairmotive.com May 18 2018 23:43:33     Dallas Aeromotive,
                 900 Nolen Drive, Suite 100,   Grapevine, TX 76051-8641
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Aaron J. Conrardy    on behalf of Debtor    Tempus Aircraft Sales and Service, LLC
               aconrardy@wwc-legal.com, 3377058420@filings.docketbird.com;sgalvan@wwc-legal.com
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Caroline C. Fuller    on behalf of Creditor    Pilatus Business Aircraft Ltd. cfuller@fwlaw.com,
               jtokuoka@fwlaw.com
              David Wadsworth    on behalf of Debtor    Tempus Aircraft Sales and Service, LLC
               dwadsworth@wwc-legal.com, 7002299420@filings.docketbird.com;sgalvan@wwc-legal.com
              Donald D. Allen    on behalf of Creditor    Bank of the West dallen@markuswilliams.com,
               docket@markuswilliams.com;sschaefer@markuswilliams.com
              Donald R. Kirk    on behalf of Creditor    Pilatus Business Aircraft Ltd. dkirk@carltonfields.com,
               kathompson@carltonfields.com
              Duncan E. Barber    on behalf of Creditor    Scope Leasing, Inc. dbarber@sbbolaw.com,
               mal@sbbolaw.com
              James T. Markus    on behalf of Creditor    Bank of the West jmarkus@markuswilliams.com,
               docket@markuswilliams.com;sschaefer@markuswilliams.com
              Jennifer M Salisbury    on behalf of Creditor    Bank of the West jsalisbury@markuswilliams.com,
               janderson@markuswilliams.com;docket@markuswilliams.com
              John M. Tanner    on behalf of Creditor    Pilatus Business Aircraft Ltd. jtanner@fwlaw.com,
               schiecuto@fwlaw.com;jtokuoka@fwlaw.com
```

```
District/off: 1082-1          User: potters            Page 2 of 2               Date Rcvd: May 18, 2018
                              Form ID: pdf904          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Lacey S. Bryan    on behalf of Debtor    Tempus Aircraft Sales and Service, LLC
               lbryan@wwc-legal.com, sgalvan@wwc-legal.com;9801172420@filings.docketbird.com
              LeElle Slifer    on behalf of Creditor    Stonebriar Commercial Finance LLC
               lslifer@burnscharest.com, mkweik@burnscharest.com
              Matthew M. Wolf    on behalf of Interested Party Drew  Blum mwolf@allen-vellone.com,
               la@allen-vellone.com
              Matthew M. Wolf    on behalf of Interested Party Ralph  Blum mwolf@allen-vellone.com,
               la@allen-vellone.com
              Thomas E.M. Werge    on behalf of Creditor    Stonebriar Commercial Finance LLC tom@werge.law,
               peggy@werge.law
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND | ) | |
| SERVICE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE EVIDENTIARY HEARING

THIS MATTER having come before the Court on the Unopposed Motion to Continue Evidentiary Hearing (the "Motion") filed Tempus Aircraft Sales and Service, LLC, debtor-in-possession herein (the "Debtor"), and the Court being duly advised, hereby

ORDERS that the Motion is GRANTED. The evidentiary hearing regarding the Motion to Compel Turnover of Estate Property and Request for Expedited Hearing filed by Debtor and the Motion to Excuse Turnover of Property by Receiver Cordes & Co. and Motion for Relief from Stay filed by Bank of the West currently scheduled for Friday, May 25, 2018 at 9:30 a.m. is continued to Tuesday, June 19, 2018 at 9:30 a.m.

DATED this 18th day of May, 2018.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE