UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

TEMPUS AIRCRAFT SALES AND                    Case No. 18-13507 MER
SERVICE, LLC,                                Chapter 11

     Debtor.
_____/

**MOTION FOR ORDER SHORTENING NOTICE OF AND SETTING HEARING ON CORRECTED MOTION TO SHORTEN TO JUNE 1, 2018 DEBTOR'S TIME TO ASSUME OR REJECT AIRCRAFT SALE AGREEMENT**

Pilatus Business Aircraft, Ltd. ("Pilatus") and Falco Aero, LLC,[1] respectfully submits this Motion for Order Shortening Notice of and Setting Hearing on their Corrected Motion to Shorten to June 1, 2018 Debtor's Time to Assume or Reject Aircraft Sale Agreement ("Motion"), and hereby states as follows:

1. On May 17, 2018, Pilatus and Falco Aero filed the Corrected Motion to Shorten to June 1, 2018 Debtor's Time to Assume or Reject Aircraft Sale Agreement (Doc. No. 77) (the "Aircraft Motion"). The Aircraft Motion was served with a Rule 9013 notice setting a designated objection date of May 31, 2018, and indicating that Pilatus and Falco Aero would be seeking to shorten the set notice period of the Aircraft Motion by advising that "Pilatus and Falco Aero are separately filing a separate Motion Seeking Expedited Entry of Order, requesting that the Court hear the [Aircraft] Motion on an expedited basis."

2. Movants intended to seek to shorten the notice period through their May 18, 2018 Motion Seeking Expedited Entry of an Order on the Aircraft Motion (Doc No. 89) (the "Expedited Order Motion"). The Notice accompanying the Expedited Order Motion (Doc. No.

---

[1] Falco Aero is a co-movant and has expressly authorized counsel for Pilatus to represent that, along with Pilatus, Falco Aero requests the relief described herein.

114845293.1

90) provided that a hearing on the Aircraft Motion would be held within three days or as soon as possible.

3. Pilatus and Falco Aero, now seek to clarify their May 17 & 18, 2018 filings with this request to shorten notice and set a hearing on the Aircraft Motion.

4. Fed. R. Bankr. P. 6006, 9017, and 9006(d) provide that a party to a contract with a debtor can move to shorten the time the debtor has in which to assume or reject the contract, and that responses to such a motion shall be served not later than one day before the hearing, unless the court permits otherwise.

5. L.B.R. 9013-1 (a)(5)(A) provides that where a specific amount of time to object to a motion is not otherwise provided, responses to motions should be filed within 14 days after service of the motion.

6. Fed. R. Bankr. P. 9007 authorizes the Court to designate the form and manner of notices and thereby shorten notice.

7. Cause exists to shorten notice of the Motion from fourteen (14) days to seven (7) days because Pilatus, Falco Aero, and other interested parties are being harmed each day that the Debtor fails to perform under its aircraft sale agreements.

8. As set forth more fully in the Aircraft Motion, the Debtor has failed to perform its duties under the contract at issue, the Falco APA,[2] between the Debtor and Falco Aero.

9. While the Customer is ready, willing and able to close on the Falco APA sale and Pilatus has manufactured the Aircraft and is ready to deliver it to Customer, the Debtor has failed, despite repeated urging, to put forth any effort to complete the sale. This inaction has materially harmed and will continue to harm the estate, Pilatus, and Falco Aero and other

---

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Aircraft Motion at Doc. No. 77.

innocent third-party customers. Accordingly, Pilatus and Falco Aero filed the Aircraft Motion requesting that the Court enter an Order shortening the time the Debtor has to assume or reject the Falco APA.

10. Since the Debtor filed this bankruptcy case on April 26, 2018, the Debtor has taken no steps toward consummating the Falco APA. The Debtor has failed to even provide delivery-related information and materials to Customer as required under its own contract with the Customer. Further, the Debtor will not commit to permit or participate in any sale to Customer despite repeated urging by Pilatus. In fact, counsel for Pilatus has contacted counsel for the Debtor several times regarding the Debtor's intentions in connection with the Falco APA, and counsel for Pilatus has received no response relative to the Debtor's intention.

11. Each day that passes jeopardizes even further the sale of the Aircraft and prejudices Customer, an innocent third party. Pilatus has manufactured a custom PC-24 airplane for Customer, who has transferred $2.0 million in deposits to complete the purchase. As long as the Aircraft remains in Pilatus' possession, Pilatus must pay the costs of storage, insurance, and maintenance. The harm to Pilatus, Customer, and other customers is substantial as they have expended money and resources but cannot complete the Falco APA sale without action by the Debtor.

12. As set forth in the Aircraft Motion, the Debtor, nor any other party, will be prejudiced by the shortening of notice on the Aircraft Motion.

13. The relief sought in this motion is supported by the Affidavit of David Kodey, which was filed on May 18, 2018.

114845293.1

14. Accordingly, Pilatus and Falco Aero request that the Court (i) shorten the notice period on the Aircraft Motion to seven (7) days and (ii) set a hearing on the Aircraft Motion immediately after such seven-day notice period.

WHEREFORE, Pilatus Business Aircraft Ltd. and Falco Aero, LLC respectfully request that the Court enter an Order (i) shortening notice of the Aircraft Motion to seven (7) days, requiring that objections thereto be filed on or before May 24, 2018, (ii) setting the Aircraft Motion for hearing as soon as possible after the new objection deadline, should any objection be filed thereto, and (iii) granting other and further relief that this Court deems just and appropriate.

Dated: May 21, 2018.

/s/ Donald R. Kirk
Donald R. Kirk
Atty. Reg. 0105767 (Florida)
E-mail: dkirk@carltonfields.com
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

Bruce J. Berman
Atty. Reg. 159280 (Florida)
E-mail: bberman@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 S.E. Second St., Suite 4200
Miami, FL 33131-2113
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

John M. Tanner
Atty. Reg. #: 16233
Caroline C. Fuller
Fairfield and Woods
1801 California St. #2600
Denver, CO 80202
Phone Number: 303-830-2400
FAX Number: 303-830-1033
E-mail: jtanner@fwlaw.com

114845293.1

                                      E-mail: cfuller@fwlaw.com
                                      *Attorneys for Pilatus Business Aircraft, Ltd.*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 21, 2018, I served a complete copy of Pilatus Business Aircraft, Ltd. and Falco Aero, LLC's Motion for Order Shortening Notice of Motion to Shorten Time to June 1, 2018 to Assume or Reject an Aircraft Sale Agreement on the following parties via CM/ECF in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

| | |
|---|---|
| Donald D. Allen<br>Markus Williams<br>dallen@markuswilliams.com<br>*Attorney for Bank of the West* | James T. Markus<br>Markus Williams<br>jmarkus@markuswilliams.com<br>*Attorney for Bank of the West* |
| Jennifer M Salisbury<br>Markus Williams<br>jsalisbury@markuswilliams.com<br>*Attorney for Bank of the West* | Matthew M. Wolf<br>Allen Vellone Wolf Helfrich & Factor P.C.<br>mwolf@allen-vellone.com<br>*Attorney for Drew Blum and Ralph Blum* |
| Duncan E. Barber<br>Shapiro Bieging Barber Otteson LLP<br>dbarber@sbbolaw.com<br>*Attorney for Scope Leasing, Inc.* | Thomas E.M. Werge<br>Werge & Hahn, LLC<br>tom@werge.law<br>*Attorney for Stonebriar Commercial Finance LLC* |
| Lacey S. Bryan<br>Wadsworth Warner Conrardy, P.C.<br>lbryan@wwc-legal.com<br>*Attorney for Tempus Aircraft Sales and Service, LLC* | Aaron J. Conrardy<br>Wadsworth Warner Conrardy, P.C.<br>aconrardy@wwc-legal.com<br>*Attorney for Tempus Aircraft Sales and Service, LLC* |
| David Wadsworth<br>Wadsworth Warner Conrardy, P.C.<br>dwadsworth@wwc-legal.com<br>*Attorney for Tempus Aircraft Sales and Service, LLC* | Alan K. Motes<br>Alan.Motes@usdoj.gov<br>*Attorney for the US Trustee* |

114845293.1

| | |
|---|---|
| Caroline C. Fuller<br>Fairfield and Woods PC<br>cfuller@fwlaw.com<br>*Attorney for Pilatus Business Aircraft Ltd.* | John M. Tanner<br>Fairfield and Woods PC<br>jtanner@fwlaw.com<br>*Attorney for Pilatus Business Aircraft Ltd.*<br><br>*Donald R. Kirk*_____<br>Donald R. Kirk |

114845293.1