United States Bankruptcy Court
District of Colorado

In re **Tempus Aircraft Sales and Service, LLC**
Debtor(s)

Case No. **18-13507 MER**
Chapter 11

**TO:** Allstream Business Inc.

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor named above based upon a voluntary petition filed in this court on **April 26, 2018**, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. §362(a), all creditors of said debtor(s) are hereby stayed from the following:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

2. the enforcement, against the debtor or against the property of the estate, of a judgement obtained before the commencement of this case under this title;

3. any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

6. any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

7. the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

8. the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. §362(d).

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2018, a true and correct copy of the above Notice of Automatic Stay was sent via United States Mail, postage prepaid, and email to the following:

Allstream Business Inc.
PO BOX 2966
Milwaukee, WI 53201-2966
Jamie.baker@allstream.com

Dated: May 23, 2018

By: /s/ Lacey S. Bryan
Aaron J. Conrardy, #40030
Lacey S. Bryan, #51908
Wadsworth Warner Conrardy, P.C.
2580 W. Main St. Ste. 200
Littleton, Colorado 80120
(303) 296-1999 Fax: (303) 296-7600
aconrardy@wwc-legal.com
lbryan@wwc-legal.com
Attorney for the Debtor