**Fill in this information to identify the case:**

Debtor name: **Tempus Aircraft Sales and Service, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 18-13507

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Bank of the West**<br>Creditor's Name<br><br>**600 17th Street, Suite 15500**<br>**Denver, CO 80202**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 21, 2016**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Bank of the West Accounts, 9056 Parts, Group support equipment, Tooling, Piper parts, Miscellaneous furniture, fixtures, vehicles, avionics test equipment**<br><br>**Describe the lien**<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $7,400,000.00 | $17,349,368.77 |
| 2.2 | **Scope Leasing Inc.**<br>Creditor's Name<br><br>**c/o Charlie Sauter, EVP**<br>**140 East Town Street, Suite 1400**<br>**Columbus, OH 43215**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 15, 2018 Surrender Agreement**<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**N637NG Aircraft, N990G Aircraft and N880AG Aircraft (Scope is registered owner)**<br><br>**Describe the lien**<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $11,640,768.00 | $11,750,000.00 |

| Debtor | **Tempus Aircraft Sales and Service, LLC** | Case number (if know) | 18-13507 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.3 | **Stonebriar Commercial Finance, LLC** | Describe debtor's property that is subject to a lien | $12,318,014.45 | $6,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **MSN 9002 - Global Express Aircraft (TVPX Aircraft Solutions Inc Trustee is registered owner)** | | |
| | **5601 Granite Parkway, Suite 1350** | | | |
| | **Plano, TX 75024** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Security Agreement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **May 5, 2017 (Judgment Entered)** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $31,358,782.45

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew Kalgreen** **Steptoe and Johnson PLLC** **Huntington Center** **41 South High Street, Suite 2200** **Columbus, OH 43215** | Line **2.2** | |
| **Bank of the West** **CBG Loan Middle Office** **2527 Camino Ramon** **San Ramon, CA 94583** | Line **2.1** | |
| **Brian M. Bradford** **Cook Bradfird and Levy LLC** **2590 Trailridge Drive East, Suite 202** **Lafayette, CO 80026** | Line **2.3** | |
| **Cordes & Company** **c/o Edward B. Cordes** **5299 DTC Boulevard, Suite 600** **Englewood, CO 80111** | Line **2.1** | |

| Debtor | **Tempus Aircraft Sales and Service, LLC** | Case number (if know) | 18-13507 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Donald D. Allen**<br>**Markus Williams Young & Zimmerman LLC**<br>**1700 Lincoln Street, Suite 4550**<br>**Denver, CO 80203** | Line __2.1__ | |
| **James T. Markus**<br>**Markus Williams Young & Zimmerman LLC**<br>**1700 Lincoln Street, Suite 4550**<br>**Denver, CO 80203** | Line __2.1__ | |
| **LeElle Krompass**<br>**Burns Charest LLP**<br>**900 Jackson Street, Suite 500**<br>**Dallas, TX 75202** | Line __2.3__ | |
| **Richard G. Sander**<br>**Shook, Hardy & Bacon L.L.P.**<br>**1660 17th Street, Suite 450**<br>**Denver, CO 80202** | Line __2.1__ | |
| **Thomas E.M. Werge**<br>**Werge & Hahn LLC**<br>**110 16th Street, Suire 1400**<br>**Denver, CO 80202** | Line __2.3__ | |