# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| June 19, 2018 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC<br><br>Debtor | Case No. 18-13507 MER<br><br>Chapter 11 |

Appearances:

| Debtor | Tempus Aircraft Sales and Service, LLC | Counsel | Aaron Conrardy |
|---|---|---|---|
| Creditor | Pilatus Business Aircraft, Ltd. | Counsel | Donald Kirk, Bruce Berman |
| Creditor | Bank of the West | Counsel | Jennifer Salisbury |
| Creditor | Drew and Ralph Blum | Counsel | Matthew Wolf |
| Creditor | Stonebriar Commercial Finance, LLC | Counsel | LeElle Slifer, Jeffrey Wisler |
| Creditor | Scope Leasing, Inc. | Other | Charlie Sotter |
| Other | United States Trustee | Counsel | Alan Motes |

Proceedings:  Status Conference

Orders:

The following matters have been resolved by the entry of and pursuant to the terms of the Order Approving Stipulation for the Appointment of a Chapter 11 Trustee (ECF No. 160): Motion to Compel Turnover of Estate Property and Request for Expedited Hearing (ECF No. 11); Motion to Excuse Turnover of Property by Receiver Cordes & Co. (ECF No. 31); Bank of the West's Motion for Relief from Stay (ECF No. 44); and Motion for Appointment of Chapter 11 Trustee (ECF No. 103).  Pursuant to the Order Approving Stipulation for the Appointment of a Chapter 11 Trustee, Bank of the West's Motion for Relief from Stay (ECF No. 44) shall be held in abeyance for a minimum of thirty (30) days following the appointment of a Chapter 11 trustee, after which Bank of the West may request the Court reset the evidentiary hearing upon proper notice.

Based on the representations of Debtor's counsel, the Motion for Order Approving Debtor in Possession Financing (ECF No. 41) and Motion for Approval of the Sale and Transfer of Property of the Estate to Cutter Aviation Colorado Springs, LLC Pursuant to 11 U.S.C. §§ 363(b) and (f) (ECF No. 60) will be withdrawn without prejudice.

The Debtor's Motion to Assume Aircraft Purchase Agreements Pursuant to 11 U.S.C. § 365 (ECF No. 125) shall be held in abeyance for thirty (30) days, after which the Debtor or the Chapter 11 trustee may request the Court set the matter for hearing.

Following the appointment of a Chapter 11 trustee, the Court will set Drew and Ralph Blum's Motion to Compel Abandonment of Assets Pursuant to 11 U.S.C. § 554(b) and Bankruptcy Rule 6007(b) (ECF No. 140) for hearing by separate notice.

The Debtor shall make any necessary amendments to its schedules and/or Statement of Financial Affairs on or before June 26, 2018.

BY THE COURT:

KENNETH S. GARDNER, CLERK

By: /s/ William G. Cross
    Deputy Clerk