**Fill in this information to identify the case:**

Debtor name: **Tempus Aircraft Sales and Service, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 18-13507

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................ $ **33,844,876.73**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................. $ **33,844,876.73**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **31,581,897.38**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **1,000,768.96**

4. **Total liabilities** .................................................................................................................................................. $ **32,582,666.34**
   Lines 2 + 3a + 3b