**Fill in this information to identify the case:**

Debtor name: **Tempus Aircraft Sales and Service, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-13507**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | **Total claim** | **Priority amount** |
|-----|-----|-----|-----------------|---------------------|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**1600 West Monroe Street**<br>**Phoenix, AZ 85007**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**P.O. box 942857**<br>**Sacramento, CA 94240**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) **18-13507**
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Colorado Department Of Revenue**<br>**Tax Audit Compliance Div.**<br>**1375 Sherman St**<br>**Denver, CO 80203-2246** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Texas Comptroller of Public Accounts**<br>**P.O. Box 149348**<br>**Austin, TX 78714** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|
| | **5280 Drug Testing**<br>**6093 South Quebec Street, 103**<br>**Greenwood Village, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $182.00 |
|---|---|---|---|
| | **Aerographics**<br>**1942 Broadway Street, STE 314C**<br>**Boulder, CO 80302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Tempus Aircraft Sales and Service, LLC**  
Name

Case number (if known)  **18-13507**

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Aerospace Turbine Rotables, In**<br>112 SW 7th Street Suite 3C<br>Topeka, KS 66603<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,939.66** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Air Gas, LLC**<br>9811 Katy Fwy., Ste. 100, Attn: Alma Mir<br>Houston, TX 77024<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,143.09** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Aircraft Spruce-Advantage, INC**<br>7000 MERRILL AVE., BOX 20<br>Chino, CA 91710<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,422.82** |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**Aircraft Technical Publishers**<br>101 S HILL DR<br>Brisbance, CA 94005<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,586.91** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**Airport Couriers**<br>PO Box 593212<br>San Antonio, TX 78529<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,050.98** |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>**Alan B. Ross**<br>2121 S Yorktown Ave Apt 1203<br>Tulsa, OK 74114<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Disputed Foreign Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>**Allstream Business Inc**<br>1821 30th Street Unit A<br>Boulder, CO 80301<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,136.67** |

Debtor **Tempus Aircraft Sales and Service, LLC**
Name

Case number (if known) 18-13507

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>American Express<br>43 Butterfield Circle<br>El Paso, TX 79906<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$42,212.94**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Amstat<br>44 Apple Street, Suite 5<br>Tinton Falls, NJ 07724<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,750.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Anthem Blue Cross Blue Shield<br>120 Monument Circle<br>Indianapolis, IN 46204<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$6,545.15**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Arapahoe Aero<br>12760 East Control Tower Road<br>Englewood, CO 80112<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$281.89**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Arapahoe Airplaza JV #1<br>7800 S Peoria St<br>Englewood, CO 80112<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,340.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Arapahoe County Public Airport Authority<br>7800 S Peoria St<br>Englewood, CO 80112<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,239.79**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Arapahoe County Treasurer<br>5334 S Prince St<br>Littleton, CO 80120<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$4,110.73**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Tempus Aircraft Sales and Service, LLC**  
Name

Case number (if known) 18-13507

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>ARCpoint Labs of Scottsdale North<br>15455 N GREENWAY HAYDEN LOOP SUITE C-16<br>Scottsdale, AZ 85260<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $40.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Arthur J Gallagher & Co.<br>801 ADLAI STEVENSON DRIVE<br>Springfield, IL 62703<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $10,000.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>ATP Library<br>2000 Sierra Point Parkway, Suite 501<br>Brisbane, CA 94005<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,586.91 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Aviall Services<br>7285 S Revere Pkwy #703<br>Centennial, CO 80112<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,108.91 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Aviation Management Consulting, INC.<br>3645 FOXBOROUGH LANE<br>Rockford, IL 61114<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $3,650.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>BankDirect<br>2350 Lakeside Blvd., Suite 800<br>Richardson, TX 75082<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $21,047.36 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>BB&T Corp.<br>200 W 2nd St<br>Winston Salem, NC 27101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?   ■ No   ☐ Yes | $671.11 |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) 18-13507
       Name

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**BCBS of Colorado**<br>**700 Broadway**<br>**Denver, CO 80203** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,545.15 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**BCS Voice and Data Solutions**<br>**4540 Bonney Road, Suite D**<br>**Virginia Beach, VA 23462** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,859.72 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Camp System International**<br>**11 Continental Blvd, Suite C**<br>**Merrimack, NH 03054** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,825.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Campbell Capital**<br>**647 Fairfield Beach Road**<br>**Fairfield, CT 06824** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Centennial Instruments, Inc**<br>**7285 S REVERE PKWY UNIT 705**<br>**Centennial, CO 80112** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Centurylink**<br>**100 Centurylink Drive**<br>**Monroe, LA 71203** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,400.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Chase**<br>**270 Park Ave.**<br>**New York, NY 10107** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,998.08 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Tempus Aircraft Sales and Service, LLC**                         Case number (if known)   18-13507
                Name

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>5501 W Hadley St<br>Phoenix, AZ 85043 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$540.66** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Cintas Cincor Corporation**<br>5495 Oswego St<br>Denver, CO 80239 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,775.42** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Cintas First Aid & Safety**<br>1100 W 120th Ave<br>Denver, CO 80234 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,806.30** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Compu Partners, LLC**<br>4915 W BELL RD STE 209<br>Glendale, AZ 85308 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Continental Testing Services, Inc.**<br>P.O. Box 100<br>La Grange, IL 60525 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,308.90** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Continuum Applied Tech. Inc.**<br>9601 Amberglen Boulevard<br>Austin, TX 78729 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Cox Communications, Inc.**<br>6205-B Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) **18-13507**
        Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$550.00** |
|---|---|---|---|
| | **Dallas Aeromotive** <br> **900 Nolen Drive, Suite 100** <br> **Grapevine, TX 76051** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,049.77** |
|---|---|---|---|
| | **Dell Inc.** <br> **One Dell Way** <br> **Round Rock, TX 78682** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$220.00** |
|---|---|---|---|
| | **Denver Heating and Air Conditioning Inc** <br> **1900 W Hamilton Pl** <br> **Sheridan, CO 80110** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,064.87** |
|---|---|---|---|
| | **Denver Jet Center** <br> **7625 S Peoria St.** <br> **Englewood, CO 80112** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$265.44** |
|---|---|---|---|
| | **Denver JetCenter, Inc** <br> **7800 E. Dorado Pl, Suite 245** <br> **Greenwood Village, CO 80111** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Dish** <br> **9601 S. Meridian Blvd** <br> **Englewood, CO 80112** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,791.80** |
|---|---|---|---|
| | **EJJ Holdings LLLP** <br> **2222 S Albion Street, Suite 100** <br> **Denver, CO 80222** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Tempus Aircraft Sales and Service, LLC** | Case number (if known) | 18-13507 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**EverBank Commercial Finance**<br>**10 Waterview Blvd**<br>**Parsippany, NJ 07054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,402.99 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**3875 Airways, Module H3**<br>**Memphis, TN 38116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $449.34 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Finnoff Aviation Products LLC**<br>**11914 Corporate Way**<br>**Broomfield, CO 80021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.28 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Frank's Westside Aircraft**<br>**6841 N. Glen Harbor Blvd.**<br>**Glendale, AZ 85307** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,245.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Gateway Crate and Freight, LLC**<br>**4263 E REINS RD**<br>**Gilbert, AZ 85297** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $442.34 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**General Air Service & Supply Co**<br>**1105 ZUNI ST**<br>**Denver, CO 80204** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.87 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Gordon Partners LLC**<br>**4900 Woodway Dr**<br>**Houston, TX 77056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) **18-13507**
       Name

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.75** |
|---|---|---|---|
| | **Grainger**<br>**500 W Madison St**<br>**Chicago, IL 60661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,087.60** |
|---|---|---|---|
| | **Hartzell Propeller Inc.**<br>**One Propeller Place**<br>**Piqua, OH 45356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.15** |
|---|---|---|---|
| | **Home Depot**<br>**2455 Paces Ferry Rd.**<br>**Atlanta, GA 30339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Honeywell**<br>**8323 Lindbergh Ct.**<br>**Sarasota, FL 34243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor Claim as of October 31, 2017 (estimate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.25** |
|---|---|---|---|
| | **InterDyn BMI**<br>**9201 N. 25th Ave., Suite 110**<br>**Phoenix, AZ 85021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,449.06** |
|---|---|---|---|
| | **Iron Mountain**<br>**11333 E 53rd Ave**<br>**Denver, CO 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.68** |
|---|---|---|---|
| | **Kansas City Aviation Center I**<br>**15325 S Pflumm Rd**<br>**Olathe, KS 66062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) **18-13507**
Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**KLX Aerospace Solutions, Inc.**<br>**10000 N.W. 15th Terrace**<br>**Miami, FL 33172**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$997.20**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Masco Service Corp.**<br>**850 S Dooley St.**<br>**Grapevine, TX 76051**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$27,305.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Mayo Aviation**<br>**7735 S Peoria St.**<br>**Centennial, CO 80112**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$850.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Metro Maintenance Specialist**<br>**PO Box 61136**<br>**Aurora, CO 80206**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$450.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Mid-Continent Instruments Co.**<br>**9400 E 34th St. N.**<br>**Wichita, KS 67226**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$1,425.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Military Contract Solutions LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$2,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Mobile Transponder Services, LLC**<br>**6015 W Condor Rd**<br>**Peyton, CO 80831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$252.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) **18-13507**

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**MT Propeller UA Inc.**<br>**1180 Airport Terminal Dr.**<br>**Deland, FL 32724**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $289.98 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Napa Auto Parts**<br>**2999 Wildwood Pkwy**<br>**Atlanta, GA 30339**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | $249.14 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Neopost USA Inc.**<br>**10065 E Harvard Ave**<br>**Denver, CO 80231**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,108.39 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Newark Element14**<br>**300 S Riverside Plaza #2200**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $220.07 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Orkin Inc.**<br>**2170 Piedmont Rd NE**<br>**Atlanta, GA 30324**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $179.28 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Pilatus Business Aircraft Ltd.**<br>**11755 Airport Way**<br>**Broomfield, CO 80021**<br>Date(s) debt was incurred **Dec. 2017 through April 2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Aircraft Purchase Agreement**<br>Is the claim subject to offset? ☐ No ■ Yes | $471,005.02 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Pratt and Whitney**<br>**1000 Marie-Victorin Blvd.**<br>**Longueuil, Quebec J4G 1A1 Canada**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | $47,076.32 |

Debtor **Tempus Aircraft Sales and Service, LLC**
Name

Case number (if known) 18-13507

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Ricoh**<br>**1123 Warner Avenue**<br>**Tustin, CA 92780**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $134.16<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor Claim as of October 31, 2017 (estimate)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Rocky Mountain Business Products**<br>**2020 S Pontiac Way**<br>**Denver, CO 80224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $78.01<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Rocky Mountain Inventory Inc.**<br>**9693 S Laredo St**<br>**Highlands Ranch, CO 80130**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $850.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Rocky Mountain Propellers Inc.**<br>**2865 Airport Drive**<br>**Erie, CO 80516**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $9,752.81<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor Claim as of October 31, 2017 (estimate)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Safety-Kleen Systems Inc.**<br>**2801 S Tejon St**<br>**Englewood, CO 80110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $7,760.17<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Sherwin WIlliams**<br>**101 Prospect Ave NW**<br>**Cleveland, OH 44115**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $50.51<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Sirius XM Radio Inc.**<br>**111 8TH AVE 13TH FLOOR**<br>**New York, NY 10011**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $6.46<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor **Tempus Aircraft Sales and Service, LLC**  Case number (if known) 18-13507
　　　　Name

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Skytech Inc.**<br>**36 South 18th Ave. Suite A**<br>**Brighton, CO 80601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $142.46 |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Snap On Tool Corp.**<br>**2801 80th Street**<br>**Kenosha, WI 53143**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $970.00 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Snap on Tools**<br>**2470 S. Osceola St.**<br>**Denver, CO 80219**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,196.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Southwest Gas Corp.**<br>**5241 SPRING MOUNTAIN ROAD**<br>**Las Vegas, NV 89150**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $8.70 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Stang-Law Firm**<br>**112 S.W. SEVENTH STREET SUITE 3C**<br>**Topeka, KS 66603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Stepp & Sullivan P.C**<br>**1010 Lamar St # 810**<br>**Houston, TX 77002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Straight Flight Inc.**<br>**13251 E Control Tower Rd**<br>**Englewood, CO 80112**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,226.00 |

Debtor **Tempus Aircraft Sales and Service, LLC**
Name

Case number (if known) 18-13507

| 3.87 | **Nonpriority creditor's name and mailing address**<br>Sun Life Financial<br>1875 Lawrence St # 610<br>Denver, CO 80202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Vendor Claim as of October 31, 2017 (estimate)<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>Sunstate Equipment Exchange Company LLC<br>1331 17th Street, Suite 1250<br>Denver, CO 80202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,800.12** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>Sweetbaum Sands Anderson PC<br>1125 17th St #2100<br>Denver, CO 80202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>TASC<br>4803 Stonecroft Blvd<br>Chantilly, VA 20151 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$105.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>Titan Services LLC<br>1942 Broadway Street Ste 314C<br>Boulder, CO 80302 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,318.34** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>Top Flight Detailing<br>7087 Turweston Ln.<br>Castle Rock, CO 80108 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,615.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Vendor Claim as of October 31, 2017 (estimate)<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>Top Flight Detailing<br>11791 Bent Oaks St.<br>Parker, CO 80138 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,090.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Tempus Aircraft Sales and Service, LLC**  
Name

Case number (if known) **18-13507**

| | | | |
|---|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**One Verizon Way**<br>**Basking Ridge, NJ 07920**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $594.67 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Waste Management of Denver**<br>**1001 Fannin Street**<br>**Houston, TX 77002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor Claim as of October 31, 2017 (estimate)**<br>Is the claim subject to offset? ■ No ☐ Yes | $373.24 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Waste Management of Denver**<br>**9227 E. Lincoln Ave.**<br>**Lone Tree, CO 80124**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $267.24 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**West Coast Wash Station**<br>**15115 N AIRPORT DR #9**<br>**Scottsdale, AZ 85260**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,378.00 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Western Aircraft Sales Inc**<br>**10566 Newlin court**<br>**Parker, CO 80134**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $7,949.18 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Xcel Energy**<br>**1900 W. Littleton Boulevard**<br>**Littleton, CO 80120**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $129.58 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Zachary Huston**<br>**2800 Arapahoe St**<br>**Denver, CO 80205**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,628.98 |

Debtor **Tempus Aircraft Sales and Service, LLC** Case number (if known) **18-13507**
Name

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,004.99 |
|---|---|---|---|
| | **Zarlengo Raub LLP**<br>**4865 Ward Road**<br>**Wheat Ridge, CO 80033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Accountant fees** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **John M. Tanner**<br>**Fairfield and Woods, P.C.**<br>**1801 California Street, Suite 2600**<br>**Denver, CO 80202** | Line **3.71**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Shaun A Christensen**<br>**1624 Market St Ste 310**<br>**Denver, CO 80202** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,000,768.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,000,768.96 |