| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Tempus Aircraft Sales and Services, LLC<br>First Name    Middle Name    Last Name | Case #: | 18-13507 MER |
| Debtor 2: _____<br>First Name    Middle Name    Last Name | Chapter: | 11 |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1   Notice

You are hereby notified that the debtor has filed amended documents: **Petition, Statements and Schedule E**

### Part 2   Amendments

**2.1. Petition**

☐ Not applicable (no amendments to Petition)

☒ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| 3 | 45-3166415 | 45-3532630 |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☒ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| First American -Escrow SN 117 J.K. Total in account is $1,500,000 with $1,250,000 due to Pilatus | | $1,500,000 | $250,000 |
| First American - Escrow SN 133 B.S. Total in account is $165,000 with $82,500 due to Pilatus | | $165,000 | $82,500 |
| First American - Escrow SN 133 E.O. Total in account is $335,000, with $167,500 due to Pilatus | | $335,000 | $167,500 |
| First American - Escrow SN 162 Total in account is $750,000, with $500,000 due to Pilatus | | $750,000 | $250,000 |
| First American - Escrow SN 144 Total in account is $500,000, with $250,000 due to Pilatus | | $500,000 | $250,000 |
| 2007 GMC Yukon XL 1500 Denali Sport Utility | | $8,962 | $8,962 |
| www.tempusaircraft.com | | Unknown | unknown |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☒ New creditor<br>☐ Amendment to existing creditor | Law Office if Fred C, Begy, III, P.C., 200 North La Salle Street, Suite 2810, Chicago IL 60601 | $151,047.80 | Lawsuit against Signature Flight Support Corp. | 1,750,000 | Moved from Schedule F |
| ☒ New creditor<br>☐ Amendment to existing | Rahimi, Hughes & Padgett, LLC, 33 Bull Street, Suite 590, | $72,067.13 | Lawsuit against Signature | 1,750,000 | Moved from Schedule |

L.B.F. 1009-1.1 (12/17)                                                                                                                     Page 2

| | | | | | |
|---|---|---|---|---|---|
| creditor | Savannah, Georgia 31401 | | Flight Support Corp. | | F |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | BZK Custom Contracting LLC, 2850 E Sierra St, Phoenix, Arizona 85028 | $0 | $0 | Removed from Schedule F |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| 283CU, LLC, 20203 Hwy 60, Platteville, Colorado 80651 | Pilatus Aircraft Purchase Agreement |
| Aero Pro Aviation, LLC, 1550 Larimer Street, Suite 908, Denver, Colorado 80202 | Pilatus Aircraft Purchase Agreement |
| Douglas R. Chandler, 1505 Terminal Drive, Carlsbad, New Mexico 88220 | Pilatus Aircraft Purchase Agreement |
| Ed Orr, 20203 Hwy 60, Platteville, Colorado 80651 | Pilatus Aircraft Purchase Agreement |
| FALCO AERO, LLC, P.O. Box 5880, Avon, Colorado 81620 | Pilatus Aircraft Purchase Agreement |
| JDH Invesment Management, LLC, 12200 Stemmons Fwy #100, Dallas, Texas 75234 | Pilatus Aircraft Purchase Agreement |
| NIIIVK, LLC, 2851 W. Kathleen Road, Phoenix, Arizona 85053 | Pilatus Aircraft Purchase Agreement |
| Noell Leasing, LLC, 971 Spraddle Creek Drive, Vail, Colorado 81657 | Pilatus Aircraft Purchase Agreement |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

**2.4. Statement(s)**

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Question 13.2 | N/A | BZK Custom Contracting LLC, 2850 E Sierra St, Phoenix, Arizona 85028 - $60,000 paid on behalf of Tempus Jets Center IC, 5/18/2016; 7/1/2016; 10/7/2016; 11/10/2016; 1/12/2017; 3/29/2017 |
| Question 21 | N/A | FALCO AERO, LLC, P.O. Box 5880, Avon, Colorado 81620 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $250,000 |
| Question 21 | N/A | NIIIVK, LLC, 2851 W. Kathleen Road, Phoenix, Arizona 85053 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $1,250,000 |
| Question 21 | N/A | 283CU, LLC, 20203 Hwy 60, Platteville, Colorado 80651 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $167,500 |
| Question 21 | N/A | Ed Orr, 20203 Hwy 60, Platteville, Colorado 80651 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $82,500 |
| Question 21 | N/A | Aero Pro Aviation, LLC, 1550 Larimer Street, Suite 908, Denver, Colorado 80202 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $250,000 |
| Question 21 | N/A | Douglas R. Chandler, 1505 Terminal Drive, Carlsbad, New Mexico 88220 – First American – Deposit Account for Purchase of Pilatus Aircraft – Monies due to Pilatus - $500,000 |
| Question 30.2 |  | Wayne Kapral, 12260 E. Control Tower Road, Englewood, Colorado 80112 - Chief Financial Officer - Mr. Kapral refused to provide a figure for this question. Based on Mr. Kapral's annual salary and date of hire, Debtor estimates he received approximately $96,250 from October 2017 through the Petition Date. – Various - Salary |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

**Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: June 26, 2018

By: WADSWORTH WARNER CONRARDY, P.C.

 /s/ Lacey S. Bryan
David V. Wadsworth, #32066
Aaron J. Conrardy, #40030
Lacey S. Bryan, #51908
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@wwc-legal.com
aconrardy@wwc-legal.com
lbryan@wwc-legal.com

**Part 4   Verification of Debtor**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2018

By: */s/ John G. Gulbin, III*
Name: John G. Gulbin, III
Its: Manager
Signature of individual signing on behalf of debtor