# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC,<br><br>    Debtor<br><br>―――――――――――――――――――――――<br><br>SCOPE LEASING, INC.<br><br>    Movant,<br><br>v.<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC<br><br>    Respondent. | Case No. 18-13507-MER<br>Chapter 11 |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER comes before the Court on Motion for Relief from Automatic Stay (the "**Motion**"), filed by Scope Leasing, Inc. ("**Lender**").

In its response to the Motion [1] Debtor Tempus Aircraft Sales and Service, LLC ("**Debtor**") states it "does not oppose the Motion because the Aircraft are not property of the bankruptcy estate."

The Court, having reviewed the Motion and being informed in the premises, and noting the Debtor's statement of non-opposition, HEREBY ORDERS that the Motion be, and the same hereby is, GRANTED. Lender is hereby granted relief from the automatic stay to exercise its remedies pursuant to the Loan with respect to the Collateral, as defined in the Motion.

IT IS FURTHER ORDERED that the stay provided by Fed. R. Bankr. P. 4001(a)(3) is waived and Lender may immediately enforce and implement this Order.

IT IS FURTHER ORDERED the Debtor or the Chapter 11 Trustee, as applicable, expressly reserve all rights, remedies and claims arising under and relating to chapter 5 of the Bankruptcy Code, Fed. R. Bankr. P. 3007, and all other applicable laws.

DATED July 10, 2018, *nunc pro tunc* to April 26, 2018.

BY THE COURT:



United States Bankruptcy Judge

---

[1] ECF No. 166.