## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND | ) | |
| SERVICE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

---

### NOTICE OF WITHDRAWAL OF MOTION TO ASSUME AIRCRAFT PURCHASE AGREEMENTS PURSUANT TO 11 U.S.C. § 365 (DOCKET NUMBER 125)

---

Tom H. Connolly, chapter 11 trustee herein, hereby gives notice that he, for Tempus Aircraft Sales and Service, LLC ("TASS"), withdraws TASS's Motion to Assume Aircraft Purchase Agreements Pursuant to 11 U.S.C. § 365 filed on May 31, 2018 at Docket Number 125 as part of a settlement agreement reached between among Trustee, Pilatus Business Aircraft Ltd. ("Pilatus") and Bank of the West ("BOW").

Dated this 24th day of July, 2018.           Respectfully submitted,

*/s/ Tom H. Connolly*
Tom H. Connolly, Chapter 11 Trustee
950 Spruce Street, Suite 1C
Louisville, CO  80027
Telephone:  (303) 661-9292
Facsimile:  (303) 661-9555
tom@clpc-law.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 24th day of July, 2018, a true and correct copy of the foregoing document entitled **NOTICE OF WITHDRAWAL OF MOTION TO ASSUME AIRCRAFT PURCHASE AGREEMENTS PURSUANT TO 11 U.S.C. § 365 (DOCKET NUMBER 125)** on the following parties in compliance with the Fed.R.Bankr.P. and the Court's Local Rules:

Attorney Lacey S. Bryan via CM/ECF
Attorney Aaron J. Conrardy via CM/ECF
United States Trustee via CM/ECF
Attorney David Wadsworth via CM/ECF
Attorney Alan K. Motes via CM/ECF
Attorney Donald D. Allen via CM/ECF
Attorney Duncan E. Barber via CM/ECF
Attorney Bruce J. Berman via CM/ECF
Attorney Caroline C. Fuller via CM/ECF
Attorney Donald R. Kirk via CM/ECF
Attorney James T. Markus via CM/ECF
Attorney Jennifer M. Salisbury via CM/ECF
Attorney LeElle Slifer via CM/ECF
Attorney John M. Tanner via CM/ECF
Attorney Thomas E.M. Werge via CM/ECF
Attorney Jeffrey C. Wisler via CM/ECF
Attorney Matthew M. Wolf via CM/ECF
Attorney Daniel E. Rohner via CM/ECF
Attorney Jan L. Hammerman via CM/ECF

Tempus Aircraft Sales and Service, LLC
12260 East Control Tower Road
Englewood, CO 80112


*/s/ Christy Bevel*_____
Christy Bevel, Legal Assistant

2