**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND | ) | |
| SERVICE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER SHORTENING THE NOTICE PERIOD TO 10 DAYS FOR MOTION FOR ORDER APPROVING PURCHASE AND SALE AGREEMENT BETWEEN ESTATE AND PALMETTO EQUIPMENT HOLDINGS LLC AND SUSPENDING THE FOURTEEN DAY STAY UNDER FED.R.BANKR.P. 6004(h)**

THIS MATTER comes before the Court upon the Motion to Shorten the Notice Period to 10 Days for Motion for Order Approving Purchase and Sale Agreement Between Estate and Palmetto Equipment Holdings LLC and Suspending the Fourteen Day Stay Under Fed.R.Bankr.P. 6004(h) (the "Motion"), filed by Tom H. Connolly, trustee herein. The Court, having considered such Motion to Shorten the Notice Period and good cause having been shown, hereby:

ORDERS that the Motion to Shorten the Notice Period is GRANTED pursuant to Fed.R.Bankr.P. 9006(c)(1).

IT IS FURTHER ORDERED that the notice period required pursuant to Fed.R.Bankr.P. 2002 and Local Bankruptcy Rule 9013-1 for the Motion is hereby SHORTENED to ten (10) days from the date of mailing.

IT IS FURTHER ORDERED that the two-day "order delay" period prescribed in Local Bankruptcy Rule 9013-1(c) is waived and Trustee is authorized to file a certificate of non-contested matter the day following the expiration of the shortened notice period.

DATED: August 6, 2018    BY THE COURT:

_____
The Honorable Michael E. Romero
United States Bankruptcy Court Chief Judge