## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

                               Case No. 18-13507 MER

TEMPUS AIRCRAFT SALES AND
SERVICE, LLC                      Chapter 7

     Debtor.

### NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been set for a preliminary hearing before the Honorable Michael E. Romero to be held on a trailing docket **on Tuesday, August 21, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes.  If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

Parties wishing to appear by telephone shall call 1-888-684-8852 at the scheduled time of the hearing.  The access code for the conference call is 9288499.  Please stay on the line until the court operator takes the roll call and the hearing begins.

The matter set is: Trustee's Expedited Motion to Approve Settlement Agreement Among Trustee, Pilatus and Bank of the West and objection by Stonebriar Commercial Finance, LLC

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED August 9, 2018          BY ORDER OF THE COURT:

                               KENNETH S. GARDNER, CLERK

                               By: Deborah L. Beatty, Deputy Clerk
                                  United States Bankruptcy Court
                                  U.S. Custom House
                                  721 19th Street
                                  Denver, Colorado 80202-2508