# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC, | ) Case No. 18-13507 MER <br> ) Chapter 7 |
| | ) |
| Debtor | ) |

## NOTICE OF FAILURE TO CLOSE SALE AND NOTICE OF RELIEF FROM STAY WITH RESPECT TO THE SERVICE CENTER ASSETS

TO ALL PARTIES IN INTEREST:

Tom Connolly, the Chapter 7 Trustee herein, hereby gives notice that Palmetto Equipment Holdings LLC ("Palmetto") has failed to close the sale pursuant to the Purchase and Sale Agreement between the Estate and Palmetto (the "Agreement") which was approved by an Order of this Court on August 23, 2018 (Docket Number 284).

The assets to be sold pursuant to the Agreement are all of the debtor's right, title and interest in all ground support equipment, Piper and Pilatus Parts, Tooling and fixed assets now located on the Control Tower Premises, referred to in the Agreement as the "Service Center Assets".

The Order provided that upon Trustee's filing of this notice with the Bankruptcy Court of Palmetto's failure to close the sale of the Service Center Assets, the automatic stay shall be automatically lifted with respect to the Service Center Assets and Bank of the West is authorized to exercise all remedies with respect to the Service Center Assets, including re-institution of the receivership action to liquidate the Service Center Assets.

Date: August 30, 2018.   */s/ Tom H. Connolly*
Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, Colorado 80027
303-661-9292 ph
303-661-9555 fx
tom@clpc-law.com