**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| TEMPUS AIRCRAFT SALES AND ) | Case No. 18-13507 MER |
| SERVICE, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER APPROVING STIPULATION BETWEEN TOM H. CONNOLLY, CHAPTER 11 TRUSTEE AND EJJ HOLDINGS, LLLP RE FREMONT BUSINESS CENTER**

THIS MATTER comes before the Court upon Tom H. Connolly, Chapter 11 trustee of Tempus Aircraft Sales and Service, LLC's Motion to Approve Stipulation between Tom H. Connolly, Chapter 11 Trustee and EJJ Holdings, LLLP RE Fremont Business Center (the "Motion"). This Court, having reviewed the Motion, the Motion having been duly served and no responses or objections having been filed, and good cause having been shown, hereby:

ORDERS that the Stipulation between Tom H. Connolly, Chapter 11 Trustee for and EJJ Holdings, LLLP RE Fremont Business Center attached to the Motion is hereby APPROVED.

Dated: August 30, 2018

BY THE COURT:

The Honorable Michael E. Romero
United States Bankruptcy Court Chief Judge