UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEMPUS AIRCRAFT SALES AND | ) | Case No. 18-13507-MER |
| SERVICE, LLC, | ) | Chapter 7 |
| Debtor | ) | |

**OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY
GODFREY | JOHNSON, P.C. AS SPECIAL COUSNEL ON A
CONTINGENT FEE BASIS**

Adversary Defendant and Third-Party Plaintiff in Interpleader the Travelers Indemnity Company, by and through its attorneys, Gordon & Rees, submits this Objection to Trustee's Application to Employ Godfrey | Johnson, P.C. ("G&J") as Special Counsel on a Contingent Fee Basis pursuant to 11 U.S.C. § 327(e) and states as follows:

1. The Trustee's Application should be denied with respect to any engagement contemplating claims against Travelers or pertaining to the Travelers settlement proceeds. As demonstrated below, G&J is adverse to Debtor in a related adversary proceeding. Further, G&J holds a judgment against one of Debtor's members and has claimed entitlement to the Travelers' settlement proceeds, a position contrary to that of Debtor.

2. Debtor was a party to a settlement reached following litigation commenced by non-parties Orion Airgroup Holdings, LLC, Lowcountry Trading IV, LLC, Lowcountry Trading VI, LLC and Tempus Jet Centers III, LLC. These entities asserted ownership over certain aircraft parts which were allegedly damage following a partial roof collapse and asserted that such damage was covered by an insurance policy issued to them. Debtor was not named on the

policy but had separately asserted an ownership interest in the parts and used the same as collateral. Following litigation, a settlement was reached between Travelers, the named-plaintiffs, and Debtor. G&J represented the named-plaintiffs and Debtor. Shortly after the settlement agreement was executed, G&J filed an attorneys' lien which was later reduced to a judgment against the named-plaintiffs.

3. 11 U.S.C. § 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and **if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such an attorney is to be employed**.

(emphasis supplied).

4. "The anti-conflict of interest sections of the Bankruptcy Code are based on a policy designed to avoid the potential for conflicts of interest, by 'requiring that parties and their attorneys not only avoid conflicts, but be *above suspicion*.'" In re Interstate Distribution Ctr. Assocs., 137 B.R. 826, 831 (Bankr. D. Colo. 1992) (quoting In re Marine Power & Equipment Co., Inc., 67 Bankr. 643, 647 (Bankr. W.D.Wash. 1986) quoting In re Roberts, 46 Bankr. 815, 838 (Bankr. D.Utah 1985)) (emphasis in original) (disqualifying law firm from representation based upon adverse and undisclosed relationship).

5. G&J is adverse to the debtor in this action. G&J is a named third-party defendant in Adversary Proceeding 18-01243-MER ("the Interpleader Action") in which Trustee and Travelers both seek an Order permitting Travelers to interplead certain settlement funds and for a subsequent order deeming Travelers' obligations satisfied under a Confidential Release of All Claims executed by debtor and other. (ECF 13, Adv. P. No. 18-01243).

6. In the Interpleader Action, Debtor seeks "A declaration that TASS is the sole and exclusive owner of the Settlement Funds and the Arapahoe Judgment." (ECF 1 at p. 8, Adv. P. No. 18-01243-MER).

7. Debtor also seeks an order that "iii) Orion; (iv) Lowcountry IV; (v) Lowcountry VI; and (vi) Tempus III" have no interest in the Settlement Funds. (*Id.*) Alternatively, Debtor seeks a declaration that these entities' interest in the Settlement Funds is junior to that of the Debtor. (*Id.*) Either ruling would materially impact G&J ability to collect its attorneys' lien or collect upon the judgment entered in its favor and against Orion, et al.

8. Notably, Debtor previously named G&J as a Defendant in a separate adversary proceeding. (ECF 122; Adv. P. No. 18-1167).

9. G&J has asserted a statutory attorneys' lien against members of debtor in Colorado state court. (*See* ECF 244 at p. 6). Additionally, G&J has had judgment entered in its favor and against Orion Airgroup Holdings, LLC, Lowcountry Trading IV, Lowcountry Trading VI, and Tempus Jet Centers III, in Colorado State Court. (ECF 244 at p. 5). As set forth in the Affidavit in Support of the Motion, Orion Airgroup Holdings is a "member of debtor." (*Id.*).

10. Since the time it filed its attorneys' lien and following the entry of judgment in its favor against Orion, G&J has demanded that Travelers make payment, in part, to it for the judgment entered in its favor against Orion. Such demands are contrary to Debtor's position, set forth below, that it is entitled to the entirety of the settlement proceeds. As a result, G&J is adverse to Debtor. See In re Interstate Distribution Ctr. Assocs., 137 B.R. 826, 831 (Bankr. D. Colo. 1992).

11. The Affidavit submitted in support of the Application indicates that G&J will retain its lien interest but only with respect to unreimbursed expenses and fees of third-party attorneys. (ECF 244 at p. 6). No quantification or other disclosure of this arrangement is made.

12. As of the filing of this Motion, G&J's judgment against Orion and its statutory liens remain outstanding and unsatisfied.

13. Finally, the fee agreement proposed by the Trustee contemplates legal action against Travelers relating to the Settlement Funds. Such action would be adverse to the Debtor's interest. Indeed, both Travelers and the Debtor are seeking an Order permitting Travelers to interplead the settlement funds and thereafter discharging Travelers' obligations under the Confidential Release of All Claims. Further action against Travelers would be contrary to the Debtor's requested relief, the interpleader of the Settlement Funds and a determination of the parties' interest in the same. Finally, further litigation, as opposed to interpleader and disbursement, is not in the best interest of the Debtor which is actively seeking the interpleader of the settlement funds along with Travelers.

Based upon the foregoing, the Court should deny the application employ with respect to any engagement pertaining to claims against Travelers or the Travelers' settlement proceeds.

Dated this 31st day of August, 2018.

                                      **GORDON & REES LLP**

                                      */s/ John M. Palmeri*
                                      John M. Palmeri
                                      Greg S. Hearing
                                      555 Seventeenth Street, Ste. 3400
                                      Denver, Colorado 80202
                                      (303) 534-5160
                                      jpalmeri@grsm.com
                                      ghearing@grsm.com

                                      ATTORNEYS FOR   THE TRAVELERS INDEMNITY COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to those identified below via CM/ECF service and further certifies that a true and correct copy was also served via U.S. Mail, postage prepaid to those identified in the attached Mailing Matrix obtained from the Court's docket.

Lacey S. Bryan, Esq.
Aaron J. Conrardy, Esq.
United States Trustee
David Wadsworth, Esq.
Alan K. Motes, Esq.
Donald D. Allen, Esq.
Duncan E. Barber, Esq.
Bruce J. Berman, Esq.
Caroline C. Fuller, Esq.
Donald R, Kirk, Esq.
James T. Markus, Esq.
Jennifer K. Salisbury, Esq.
LeElle Slifer, Esq.
John M. Tanner, Esq.
Thomas E.M. Werge, Esq.
Jeffrey C. Wisler, Esq.
Matthew M. Wolf, Esq.
Daniel E. Rohner, Esq.
Jan L. Hammerman, Esq.

Tempus Aircraft Sales and Service, LLC
12260 East Control Tower Road
Englewood, Colorado 80112

Denver Flight Standards District Office
Attention: John J. Hiles, Acting Manger
26805 E. 68th Avenue, Ste. 200
Denver, Colorado 80249

                                                                         */s/ Linda J. Bustos*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-13507-MER<br>District of Colorado<br>Denver<br>Fri Aug 31 10:45:36 MDT 2018 | Aerospace Turbine Rotables, Inc.<br>PO Box 75037<br>Wichita, KS 67275-0037 | Airport Couriers<br>PO Box 593212<br>San Antonio, TX 78259-0210 |
| Alan B. Ross<br>c/o Shaun A. Christensen, Esq.<br>1624 Market Street, Suite 310<br>Denver, CO 80202-1553 | Donald D. Allen<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | American Express<br>43 Butterfield Circle<br>El Paso, TX 79906-5202 |
| American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amstat<br>44 Apple Street, Suite 5<br>Tinton Falls, NJ 07724-2672 | Andrew Kalgreen<br>Steptoe and Johnson PLLC<br>Huntington Center<br>41 South High Street, Suite 2200<br>Columbus, OH 43215-6141 |
| Arapahoe Aero<br>12760 East Control Tower Road<br>Englewood, CO 80112-4512 | Arapahoe County Treasurer<br>5334 S Prince Street<br>Littleton, CO 80120-1136 | Arizona Department of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007-2650 |
| Aviall Services<br>7285 S Revere Pkwy #703<br>Centennial, CO 80112-3947 | B. Scott Terry<br>333 Scotland Street<br>Williamsburg, VA 23185-4122 | BCS Voice and Data Solutions<br>4540 Bonney Road, Suite D<br>Virginia Beach, VA 23462-3872 |
| BST 3011 Irrevocable Trust, utd 9/8/11<br>c/o B. Scott Terry, Trustee<br>333 Scotland Street<br>Williamsburg, VA 23185-4122 | BZK Custom Contracting LLC<br>2850 E Sierra St<br>Phoenix, AZ 85028-1914 | Bank of the West<br>600 17th Street, Suite 15500<br>Denver, CO 80202-5402 |
| Bank of the West<br>CBG Loan Middle Office<br>2527 Camino Ramon<br>San Ramon, CA 94583-4292 | Bankdirect Capital Finance<br>150 North Field Drive<br>Ste. 190<br>Lake Forest, IL 60045-2594 | Duncan E. Barber<br>4582 S. Ulster St. Pkwy.<br>Ste. 1650<br>Denver, CO 80237-2686 |
| Bruce J. Berman<br>100 SE 2nd St.<br>Ste. 4200<br>Miami, FL 33131-2113 | Brian M. Bradford<br>Cook Bradfird and Levy LLC<br>2590 Trailridge Drive East, Suite 202<br>Lafayette, CO 80026-3183 | Lacey S. Bryan<br>2580 W. Main Street<br>Suite 200<br>Littleton, CO 80120-4631 |
| CONTINUUM Applied Technology, Inc.<br>c/o Lee B. Hart, Esq.<br>Nelson Mullins Riley & Scarborough<br>201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363-1099 | California Franchise Tax Board<br>P.O. box 942857<br>Sacramento, CA 94240-0001 | Camp System International<br>11 Continental Blvd, Suite C<br>Merrimack, NH 03054-4341 |
| Campbell Capital<br>647 Fairfield Beach Road<br>Fairfield, CT 06824-6730 | Campbell Capital 647 Fairfield Beach Road  F<br>Campbell Capital LLC<br>647 Fairfield Beach Road<br>Fairfield, CT 06824-6730 | Chase<br>270 Park Ave.<br>New York, NY 10017-2070 |

| | | |
|---|---|---|
| Cintas Cincor Corporation<br>5495 Oswego St<br>Denver, CO 80239-2202 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Colorado Department Of Revenue<br>Tax Audit Compliance Div.<br>1375 Sherman St<br>Denver, CO 80261-3000 |
| Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Aaron J. Conrardy<br>2580 W. Main Street<br>Suite 200<br>Littleton, CO 80120-4631 | Continental Testing Services, Inc.<br>P.O. Box 100<br>La Grange, IL 60525-0100 |
| Continuum Applied Tech. Inc.<br>9601 Amberglen Boulevard<br>Austin, TX 78729-1104 | Cordes & Company<br>c/o Edward B. Cordes<br>5299 DTC Boulevard, Suite 600<br>Englewood, CO 80111-3327 | Cordes and Company, P.C.<br>8301 E. Prentice Ave.<br>Ste. 202<br>Englewood, CO 80111-2905 |
| Cox Communications, Inc.<br>6205-B Peachtree Dunwoody Road NE<br>Atlanta, GA 30328-4524 | Dallas Aeromotive<br>900 Nolen Drive, Suite 100<br>Grapevine, TX 76051-8641 | Dell Marketing, L.P.<br>c/o Streusand Landon Ozburn & Lemmon<br>811 Barton Springs Road, Suite 811<br>Austin, Texas 78704-1166 |
| Denver Heating and Air Conditioning Inc<br>1900 W Hamilton Pl<br>Sheridan, CO 80110-2002 | Denver Jet Center<br>7625 S Peoria St.<br>Englewood, CO 80112-4163 | Dish<br>9601 S. Meridian Blvd<br>Englewood, CO 80112-5905 |
| Donald D. Allen<br>Markus Williams Young & Zimmerman LLC<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 | FedEx<br>3875 Airways, Module H3<br>Memphis, TN 38116 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 | Grainger<br>500 W Madison St<br>Chicago, IL 60661-4544 | Jan L. Hammerman<br>PO Box 3446<br>Englewood, CO 80155-3446 |
| Hartzell Propeller Inc.<br>One Propeller Place<br>Piqua, OH 45356-2656 | Honeywell<br>8323 Lindbergh Ct.<br>Sarasota, FL 34243-2724 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JGG 2011 Irrevocable Trst utd 9/8/11<br>c/o John G. Gublin, III, Trustee<br>23 Plum Thicket Rd.<br>Bluffton, SC 29910-8314 | James T. Markus<br>Markus Williams Young & Zimmerman LLC<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 |
| Jeffrey R Parker<br>3737 East Broadway Road<br>Phoenix, AZ 85040-2921 | John G. Gulbin, III<br>23 Plum Thicket Road<br>Bluffton, SC 29910-8314 | John M. Tanner<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202-2645 |

| | | |
|---|---|---|
| Donald R. Kirk<br>4221 W. Boy Scout Blvd.<br>Suite 1000<br>Tampa, FL 33607-5780 | Law Office of Fred Begy III P.C.<br>30 S Wacker Dr # 2600<br>Chicago, IL 60606-7512 | LeElle Krompass<br>Burns Charest LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202-4406 |
| Lee B. Hart, Esq.<br>Nelson Mullins Riley & Scarborough<br>201 17th Street, Suite 1700<br>Atlanta, GA 30363-1099 | James T. Markus<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | Martillaro Raub Associates<br>4865 Ward Rd, St. 100<br>Wheat Ridge CO 80033 |
| (p)MASCO SERVICE CORP<br>850 S DOOLEY ST<br>GRAPEVINE TX 76051-4128 | Mayo Aviation<br>7735 S Peoria St.<br>Centennial, CO 80112-4102 | Metro Maintenance Specialist<br>PO Box 61136<br>Aurora, CO 80206-8136 |
| Mid-Continent Instruments Co.<br>9400 E 34th St. N.<br>Wichita, KS 67226-2615 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Napa Auto Parts<br>2999 Wildwood Pkwy<br>Atlanta, GA 30339-8580 |
| National Calibration, Inc.<br>3737 E Broadway Rd<br>Phoenix, AZ 85040-2921 | Mark Peterman<br>Collateral Verifications LLC<br>6 Wilson Road<br>Weston, CT 06883-1012 | Pilatus Business Aircraft Ltd.<br>11755 Airport Way<br>Broomfield, CO 80021-2502 |
| Pratt and Whitney<br>1000 Marie-Victorin Blvd.<br>Longueuil, Quebec J4G 1A1 Canada | Richard G. Sander<br>Shook, Hardy & Bacon L.L.P.<br>1660 17th Street, Suite 450<br>Denver, CO 80202-1254 | Ricoh<br>1123 Warner Avenue<br>Tustin, CA 92780-6458 |
| Rocky Mountain Propellers Inc.<br>2865 Airport Drive<br>Erie, CO 80516-8124 | Daniel E. Rohner<br>1660 17th Street<br>Denver, CO 80202-1238 | Safety-Kleen/CleanHarbors<br>600 Longwater Drive<br>Norwell, MA 02061-1639 |
| Jennifer M Salisbury<br>1700 Lincoln St<br>Ste., 4550<br>Denver, CO 80203-4509 | Scope Leasing Inc.<br>c/o Charlie Sauter, EVP<br>140 East Town Street, Suite 1400<br>Columbus, OH 43215-5114 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | LeElle Slifer<br>900 Jackson St.<br>Ste., 500<br>Dallas, TX 75202-4406 | Snap on Tools<br>2470 S. Osceola St.<br>Denver, CO 80219-5208 |
| Stonebriar Commercial Finance, LLC<br>5601 Granite Parkway, Suite 1350<br>Plano, TX 75024-6770 | Straight Flight Inc.<br>13251 E Control Tower Rd<br>Englewood, CO 80112-4438 | Sun Life Financial<br>1875 Lawrence St # 610<br>Denver, CO 80202-1898 |

| | | |
|---|---|---|
| Sunstate Equipment Co., LLC<br>5552 E Washington Street<br>Phoenix AZ 85034-2134 | John M. Tanner<br>1801 California Street, Suite 2600<br>Denver, CO 80202-2645 | Tempus Aircraft Sales and Service, LLC<br>12260 East Control Tower Road<br>Englewood, CO 80112-4502 |
| Tempus Intermediate Holdings, LLC<br>133 Waller Mill Road, Suite 400<br>Williamsburg, VA 23185-2989 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Thomas E.M. Werge<br>Werge & Hahn LLC<br>110 16th Street, Suire 1400<br>Denver, CO 80202-5202 |
| Top Flight Detailing<br>7087 Turweston Ln.<br>Castle Rock, CO 80108-3606 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | UniFirst Corporation<br>Samuel M. Sherry, Esq.<br>PO Box 7875<br>Portland, ME 04112-7875 |
| David Wadsworth<br>2580 West Main Street, Suite 200<br>Littleton, CO 80120-4631 | Waste Management of Denver<br>1001 Fannin Street<br>Houston, TX 77002-6717 | Thomas E.M. Werge<br>110 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5275 |
| Jeffrey C Wisler<br>1000 West St.<br>Ste. 1400<br>Wilmington, DE 19801-1054 | Matthew M. Wolf<br>1600 Stout St.<br>Ste. 1100<br>Denver, Co 80202-3160 | Zarlengo Raub LLP<br>4865 Ward Road<br>Wheat Ridge, CO 80033-1902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202 | Masco Service Corp.<br>850 S Dooley St.<br>Grapevine, TX 76051 | Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of the West | (u)Drew Blum | (u)Ralph Blum |
| (u)EJJ Holdings, LLLP | (u)Wayne Kapral | (u)Wayne J Kapral |

| | | |
|---|---|---|
| (u)N881WT LLC | (u)Pilatus Business Aircraft Ltd.<br>c/o Fairfield and Woods PC | (d)Rocky Mountain Propellers, Inc.<br>2865 Airport Drive<br>Erie, CO 80516-8124 |
| (u)Scope Leasing, Inc. | (u)Stonebriar Commercial Finance LLC | End of Label Matrix<br>Mailable recipients   104<br>Bypassed recipients    11<br>Total                 115 |