**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-13507 MER |
| TEMPUS AIRCRAFT SALES AND ) | |
| SERVICE, LLC, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF NON-CONTESTED MATTER**

On August 10, 2018, Tom Connolly, trustee herein filed a Motion to Approve Stipulation Between Tom H. Connolly, Chapter 11 Trustee and EJJ Holdings, LLLP Re Fremont Business Center (the "Motion").  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Motion on August 10, 2018.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on August 10, 2018.

3. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, (Docket No. 250);
   b. the notice, (Docket No. 251);
   c. the certificate of service of the notice, (Docket No. 252);
   d. the proposed order, (Docket No. 250).

4. No objections to or requests for hearing on the Motion were received by Trustee.

**WHEREFORE,** Trustee respectfully requests that this Court enter an Order, the form of which was previously submitted, granting the Motion and granting such other and further relief as the Court deems just and proper.

Dated:  September 5, 2018.                    Respectfully Submitted,

*/s/ Tom H. Connolly*
Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO  80027
Phone: (303) 661-9292
Fax:  (303) 661-9555
tom@clpc-law.com