**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEMPUS AIRCRAFT SALES AND | ) | Case No. 18-13507 MER |
| SERVICE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO APPROVE STIPULATION TO REJECTION OF CONTRACT AND ALLOWANCE OF CLAIMS**

**OBJECTION DEADLINE:  SEPTEMBER 27, 2018**

**YOU ARE HEREBY NOTIFIED** that Tom H. Connolly, Chapter 7 trustee of Tempus Aircraft Sales and Service, LLC ("Debtor") has filed a Motion to Approve Stipulation to Rejection of Contract and Allowance of Claims (the "Motion") with the Court requesting the Court enter an Order approving a Stipulation between Trustee and CONTINUUM Applied Technology, Inc. ("Continuum"):

Debtor and Continuum are parties to a certain CORRIDOR Annual Support Agreement dated December 28, 2017 (the "Agreement"), under which the Debtor agreed to make monthly payment to Continuum in the amount of $3,864.31 each in exchange for ongoing software support services regarding certain software licensed by Continuum to the Debtor.  The term of services to be provided under the Agreement is one year commencing on December 28, 2017 and ending December 27, 2018.

Debtor filed its Chapter 11 bankruptcy on April 26, 2018.  Tom Connolly was appointed as Chapter 11 trustee ("Trustee") on June 26, 2018.  This case was converted to Chapter 7 on August 9, 2018 and Trustee was reappointed as Chapter 7 trustee on that date.

Since the petition date, Debtor has not paid Continuum under the Agreement.

On June 25, 2018, Continuum filed proof of claim 9-1, as amended by proof of claim 9-2, asserting (i) a general unsecured claim for pre-petition payments owed to it under the Agreement, and (ii) a priority administrative expense for post-petition payments owed it under the Agreement.

Trustee rejected the Agreement on August 9, 2018 (the "Rejection Date").

Accordingly, the Trustee and Continuum have entered into a Stipulation to Rejection of Contract and Allowance of Claims (the "Stipulation"), a copy of which is attached to the Motion as Exhibit A for the purposes of establishing the Rejection Date and as a result of such rejection the Trustee stipulates that Continuum (a) holds against the Debtor's estate (i) an allowed general unsecured claim in the amount of $3,606.69 for services provided under the Agreement prior to the Petition Date, (ii) an allowed Chapter 11 administrative expense claim in the amount of $13,525.09 for services provided under the Agreement on and after the Petition Date through and

including the Rejection Date, and (iii) an allowed general unsecured claim in the amount of $17,647.02 under 11 U.S.C. § 365 for the rejection of the Agreement; and (b) may immediately cease providing services under the Agreement.

Trustee and Continuum have conferred in good faith and at arms' length to address issues and concerns over the proposed rejection of the Agreement, and the Agreement is rejected as of the Rejection Date by Trustee pursuant to 11 U.S.C. § 365. Continuum may immediately cease providing services under the Agreement.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Trustee at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: September 6, 2018.  */s/ Tom H. Connolly*
Tom H. Connolly, Chapter 11 Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027
Tel: 303-661-9292
tom@clpc-law.com

2