# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:

TEMPUS AIRCRAFT SALES AND SERVICE, LLC,

    Debtor.

Case No. 18-13507-mer

Chapter 7

## ORDER

THIS MATTER comes before the Court upon Chapter 7 Trustee Tom Connolly's ("**Trustee's**") Notice of Failure to Close Sale and Notice of Relief from Stay with Respect to the Service Center Asserts.[1] The Trustee's Notice states Palmetto Equipment Holdings LLC failed to close the sale pursuant to the Purchase and Sale Agreement approved by the Court by Order August 23, 2018.[2]

In accordance with the Sale Order, it is ORDERED the automatic stay is lifted as to the Service Center Assets (as defined in the Notice), and Bank of the West is authorized to exercise all remedies with respect to the Service Center Assets, including the re-institution of the receivership action to liquidate the Service Center Assets. Because the Sale Order provides for "immediate" relief from the automatic stay, the stay relief granted herein shall be effective *nunc pro tunc* to August 30, 2018, the date the Trustee filed the Notice.

Dated September 10, 2018

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] ECF No. 290 ("**Notice**").

[2] ECF No. 284. ("**Sale Order**").