# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC, | ) Case No. 18-13507 MER <br> ) Chapter 7 |
| | ) |
| Debtor. | ) |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AMONG TRUSTEE AND BANK OF THE WEST

THIS MATTER comes before the Court upon the Motion to Approve Settlement Agreement Among Trustee and Bank of the West (the "Motion"), filed by Tom Connolly, Chapter 7 Trustee herein. The Court, having reviewed the Motion and the attachments thereto, and finding that notice of the Motion was proper under the Bankruptcy Code and applicable rules, no objections having been filed and being advised in the premises, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement attached to the Motion as Exhibit A among Trustee and Bank of the West is APPROVED.

Dated: September 21, 2018.

BY THE COURT:

_____
The Honorable Michael E. Romero
United States Bankruptcy Court Chief Judge