# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC, | ) ) | Case No. 18-13507 MER<br>Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY GODFREY | JOHNSON, P.C. AS SPECIAL COUNSEL ON A CONTINGENT FEE BASIS

THIS MATTER comes before the Court upon the Application to Employ Godfrey | Johnson, P.C. as Special Counsel on a Contingent Fee Basis (the "Application"). The Court has examined the Application, the Contingent Fee Agreement signed by both Orion Air Group Holdings, LLC and Tom Connolly, Trustee in bankruptcy for Tempus Aircraft Sales & Service, LLC, and Godfrey | Johnson, P.C., the Affidavit of Brett Godfrey, Esq. and the objection of Travelers Indemnity Company and finding good and sufficient cause exists in support of the Application as limited below:

IT IS THEREFORE ORDERED the Trustee is authorized to employ Godfrey | Johnson, P.C. as special counsel for the estate from the date the Application was filed with the Court, pursuant to the terms set forth in the Contingency Fee Agreement attached to the Application and pursuant to 11 U.S.C. § 327(e). Godfrey | Johnson, P.C. is engaged as special counsel to represent the estate in connection with claims against Arapahoe Joint Venture #1 and Arapahoe JV #1 in litigation styled *Orion Air Group Holdings, LLC v. Arapahoe Joint Venture #1 and Arapahoe JV #1* in the District Court for the City and County of Denver and in connection with all appeals or retrials or other proceedings related thereto. Trustee will not commence further litigation against Travelers Indemnity Company without leave of this Court.

Dated: October 4, 2018.

BY THE COURT:

_[signature]_

The Honorable Michael E. Romero
United States Bankruptcy Court Chief Judge