# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TEMPUS AIRCRAFT SALES AND ) | Case No. 18-13507 MER |
| SERVICE, LLC, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER APPROVING STIPULATION TO REJECTION OF CONTRACT AND ALLOWANCE OF CLAIMS

THIS MATTER comes before the Court upon Tom H. Connolly, Chapter 7 trustee of Tempus Aircraft Sales and Service, LLC's Motion to Approve Stipulation to Rejection of Contract and Allowance of Claims (the "Motion").  This Court, having reviewed the Motion, the Motion having been duly served and no responses or objections having been filed, and good cause having been shown, hereby:

ORDERS that the Stipulation between Tom H. Connolly, Chapter 7 Trustee and CONTINUUM Applied Technology, Inc. attached to the Motion is hereby APPROVED.

Dated: October 12, 2018         BY THE COURT:

_____
The Honorable Michael E. Romero
United States Bankruptcy Court Chief Judge