**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| TEMPUS AIRCRAFT SALES AND ) | Case No. 18-13507 MER |
| SERVICE, LLC, ) | Chapter 7 |
| ) | |
| ) | |
| *Debtor*. ) | |

**MOTION TO SET BAR DATE FOR FILING OF REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS**

Tom H. Connolly, Chapter 7 trustee herein, for his Motion to Set Bar Date for Filing of Requests for Payment of Chapter 11 Administrative Expense Claims (the "Motion"), hereby states as follows:

1. Tempus Aircraft Sales and Service, LLC ("Debtor") filed its Chapter 11 bankruptcy on April 26, 2018 (the "Petition Date"). The case was converted to a case under Chapter 7 on August 9, 2018.

2. Tom Connolly is the Chapter 7 trustee (the "Trustee").

3. Trustee filed a Notice of Possible Dividends on August 13, 2018, and the deadline for filing Proofs of Claim was set as November 16, 2018. The Notice of Possible Dividends included notification to all claimants who might have an administrative claim that they must obtain a Court order allowing the claim pursuant to the requirements of the Bankruptcy Code, but did not set a specific date for filing administrative expense claim requests.

4. Under Fed.R.Bankr.P. 1019(6) the Court may fix the time for filing requests for payment of administrative expenses incurred in a superseded Chapter 11 case. The Trustee requests that the Court enter an order establishing December 31, 2018 as the date by which all who assert a right to payment of administrative expenses incurred in the superseded Chapter 11 case must file a motion seeking allowance of such claim. Claimants seeking allowance of an administrative claim must proceed by motion. Filing of a Proof of Claim asserting an expense arising in the Chapter 11 will not suffice.

5. The Trustee requests the Court require that all motions for allowance of expense claims of the type detailed above be filed on or before the bar date or be forever barred.

6. Upon entry of an order granting this Motion, the Trustee will send the notice attached hereto as **Exhibit 1** (the "Notice") to all known creditors and parties in interest.

**WHEREFORE**, the Trustee requests that this Court enter an Order, a form of which is submitted herewith, (i) establishing December 31, 2018 as the bar date for the filing of all

motions seeking allowance of Chapter 11 administrative expense claims and providing that any motions filed after such bar date shall be disallowed; (ii) authorizing the Trustee to send the Notice attached hereto as **Exhibit 1** to all creditors and parties-in-interest; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: October 30, 2018.

> Respectfully submitted,
>
> /s/ *Tom H. Connolly*
> Tom H. Connolly, Trustee
> 950 Spruce Street, Suite 1C
> Louisville, CO  80027
> (303) 661-9292    (303) 661-9555 fax
> tom@clpc-law.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 30th day of October, 2018, I served a true and correct copy of the document entitled **MOTION TO SET BAR DATE FOR FILING OF REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS,** along with a proposed order, on the following parties in compliance with the Fed.R.Bankr.P. and the Court's Local Rules:

Attorney Lacey S. Bryan via CM/ECF
Attorney Aaron J. Conrardy via CM/ECF
United States Trustee via CM/ECF
Attorney David Wadsworth via CM/ECF
Attorney Alan K. Motes via CM/ECF
Attorney Donald D. Allen via CM/ECF
Attorney Duncan E. Barber via CM/ECF
Attorney Bruce J. Berman via CM/ECF
Attorney Caroline C. Fuller via CM/ECF
Attorney Donald R. Kirk via CM/ECF
Attorney James T. Markus via CM/ECF
Attorney Jennifer M. Salisbury via CM/ECF
Attorney LeElle Slifer via CM/ECF
Attorney John M. Tanner via CM/ECF
Attorney Thomas E.M. Werge via CM/ECF
Attorney Jeffrey C. Wisler via CM/ECF
Attorney Matthew M. Wolf via CM/ECF
Attorney Daniel E. Rohner via CM/ECF
Attorney Jan L. Hammerman via CM/ECF

> */s/ Christy Bevel*
> Christy Bevel, Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEMPUS AIRCRAFT SALES AND SERVICE, LLC, | ) ) | Case No. 18-13507 MER Chapter 7 |
| | ) | |
| | ) | |
| *Debtor*. | ) | |

**NOTICE OF ORDER SETTING BAR DATE FOR FILING OF REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS**

TO ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that the bankruptcy court has entered an order fixing **December 31, 2018** (the "Bar Date"), as the last date for filing a motion for all chapter 11 administrative expense claims pursuant to 11 U.S.C. § 503.

To be deemed properly filed, a Motion for Allowance of Administrative Expense Claim must be filed with the Clerk of the United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado 80202 by e-filing, in person or by mail such that they are received no later than the Bar Date. MOTIONS ARE NOT DEEMED FILED UNTIL ACTUALLY RECEIVED BY THE CLERK. **IT IS NOT SUFFICIENT TO FILE A PROOF OF CLAIM ASSERTING AN ADMINISTRATIVE EXPENSE WITHOUT FILING AN APPROPRIATE MOTION AND L.B. FORM 9013-1.1 NOTICE BY THE DEADLINE.**

ANY CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS FOR WHICH A MOTION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE AND L.B. FORM 9013-1.1 NOTICE ARE NOT FILED BY DECEMBER 31, 2018, WILL BE DISALLOWED AND ANY ADMINISTRATIVE CLAIM OF SUCH ENTITY WILL BE FOREVER BARRED AND WILL NOT SHARE IN DISTRIBUTIONS FROM THE ESTATE.

A copy of the Court's order is included herewith.

Dated this ___ day of _____, 2018.            /s/ *Tom H. Connolly*
                                                Tom H. Connolly, Trustee
                                                950 Spruce Street, Suite 1C
                                                Louisville, CO  80027
                                                (303) 661-9292
                                                (303) 661-9555 fax
                                                tom@clpc-law.com

EXHIBIT 1