## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

TEMPUS AIRCRAFT SALES
AND SERVICE, LLC,

Debtor.

Case No. 18-13507 MER

Chapter 7

## ORDER APPROVING APPLICATION BY ARAPAHOE AIRPORT JOINT VENTURE #1 FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

THIS MATTER came before the Court upon the *Application by Arapahoe Airport Joint Venture #1 for Allowance of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)* (the "**Motion**"), filed by Arapahoe Airport Joint Venture #1 ("**AAJV**"). The Court, having considered the Motion and the file, any response, any arguments of counsel, any evidence, and being otherwise fully advised in the premises, finds good cause to grant the Motion. Accordingly it is ORDERED as follows –

1.      The Motion is GRANTED.

2.      AAJV is hereby allowed a chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $102,376.83.

3.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated this _____ day of _____, 2019.

**BY THE COURT:**

_____
Honorable Michael E. Romero
Chief U.S. Bankruptcy Judge