# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | | |
|---|---|---|---|
| In re: | Tempus Aircraft Sales and Service, | § | Case No. 18-13507-MER |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Tom H. Connolly, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $6,249,358.89 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:  $5,235,291.96 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $630,817.48 | |

3) Total gross receipts of $5,866,109.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,866,109.44 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 46,234,960.31 | 30,267,030.90 | 18,099,016.45 | 4,997,804.99 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 350,397.88 | 353,522.60 | 353,522.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 318,245.61 | 277,294.88 | 277,294.88 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,796.07 | 2,796.07 | 2,796.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,588,265.99 | 17,959,798.40 | 7,611,730.29 | 234,690.90 |
| **TOTAL DISBURSEMENTS** | **$54,823,226.30** | **$48,898,268.86** | **$26,344,360.29** | **$5,866,109.44** |

4)  This case was originally filed under Chapter 11 on 04/26/2018 and it was converted to Chapter 7 on 08/09/2018.  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/28/2020 _____          By: /s/ Tom H. Connolly _____

                                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1  - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable Pilatus Parts | 1121-000 | 334,031.31 |
| 2013 Chevrolet Pickup | 1129-000 | 21,000.00 |
| GX9056 Inventory | 1129-000 | 500,000.00 |
| Lawsuit against Signature Flight Support Corp. | 1149-000 | 254,726.48 |
| Lawsuit/Settlement with Travelers | 1149-000 | 1,150,000.00 |
| Leasehold interest in Freemont Business Center | 1222-000 | 11,739.47 |
| Refund from Texas Workforce Commission | 1224-000 | 18.48 |
| 2007 GMC Yukon SL 1500 Denali Sport Utility | 1229-000 | 9,300.00 |
| Damaged Parts | 1229-000 | 4,000.00 |
| Refund subscription Aircraft Bluebook | 1229-000 | 415.94 |
| Workers Compensation Policy Refund | 1229-000 | 13,997.46 |
| Fraudulent conveyence claim against Baums | 1241-000 | 150,000.00 |
| Fraudulent transfer to Sherman & Howard | 1241-000 | 25,000.00 |
| Interest Income | 1270-000 | 12,479.34 |
| Collateral Funds on hand at time of Conversion to Chapter 7 held by Receiver. | 1290-000 | 3,251,875.34 |
| Operating Funds on hand at time of Conversion to Chapter 7 held by Receiver. | 1290-000 | 127,525.62 |
| **TOTAL GROSS RECEIPTS** | | **$5,866,109.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Drew Blum and Ralph Blum | 4210-000 | 0.00 | 52,303.69 | 52,303.69 | 52,303.69 |
| | Firefly Financial, Ltd. | 4210-000 | 0.00 | 150,000.00 | 150,000.00 | 150,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bankdirect Capital Finance | 4210-000 | 0.00 | 31,282.68 | 31,282.68 | 0.00 |
| 3 | Bankdirect Capital Finance | 4210-000 | 0.00 | 50,317.65 | 50,317.65 | 0.00 |
| 4 | Bankdirect Capital Finance | 4210-000 | 0.00 | 34,025.68 | 34,025.68 | 0.00 |
| 22A | Bank of the West Attn: Angie Coro | 4210-000 | 7,400,000.00 | 1,539,264.73 | 1,539,264.73 | 1,500,377.24 |
| 22B | Bank of the West Attn: Angie Coro | 4210-000 | 7,400,000.00 | 850,000.00 | 850,000.00 | 0.00 |
| 25A | Stonebriar Commercial Fianance, LLC | 4210-000 | 0.00 | 12,318,014.45 | 150,000.00 | 150,000.00 |
| 27 | Scope Leasing Inc. | 4210-000 | 0.00 | 12,096,697.96 | 12,096,697.96 | 0.00 |
| NOTFILED | Bank of the West | 4210-000 | 7,400,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rahimi, Hughes & Padgett, LLC | 4210-000 | 72,067.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scope Leasing Inc. | 4210-000 | 11,640,768.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stonebriar Commercial Finance, LLC | 4210-000 | 12,318,014.45 | 0.00 | 0.00 | 0.00 |
| | Pilatus Business Aircraft LTD | 4210-000 | N/A | 2,650,000.00 | 2,650,000.00 | 2,650,000.00 |
| | Godfrey Johnson, PC | 4220-000 | 0.00 | 91,194.34 | 91,194.34 | 91,194.34 |
| | Rahimi, Hughes & Padgett, LLC | 4220-000 | 0.00 | 73,317.13 | 73,317.13 | 73,317.13 |
| | The Law Offices Of Fred C. Begy, I P.C. | 4220-000 | 0.00 | 148,070.76 | 148,070.76 | 148,070.76 |
| | The Law Offices Of Fred C. Begy, I PC | 4220-000 | 0.00 | 140,598.68 | 140,598.68 | 140,598.68 |
| | The Stang Law Firm | 4220-000 | 0.00 | 37,670.00 | 37,670.00 | 37,670.00 |
| 14 | Arapahoe County Treasurer | 4800-000 | 4,110.73 | 4,273.15 | 4,273.15 | 4,273.15 |
| **TOTAL SECURED CLAIMS** | | | **$46,234,960.31** | **$30,267,030.90** | **$18,099,016.45** | **$4,997,804.99** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Tom H. Connolly | 2100-000 | N/A | 199,233.28 | 199,233.28 | 199,233.28 |
| Tom H. Connolly | 2200-000 | N/A | 4,018.42 | 4,299.93 | 4,299.93 |
| Wadsworth Warner Conrardy, P.C. | 3210-000 | N/A | 27,627.25 | 27,627.25 | 27,627.25 |
| Godfrey Johnson, PC | 3210-600 | N/A | 57,500.00 | 57,500.00 | 57,500.00 |
| Wadsworth Warner Conrardy, P.C. | 3220-000 | N/A | 527.17 | 527.17 | 527.17 |
| Patrick C. Giefer | 3410-000 | N/A | 6,439.50 | 6,439.50 | 6,439.50 |
| Wayne Kapral | 3410-000 | N/A | 37,400.00 | 37,400.00 | 37,400.00 |
| Patrick C. Giefer | 3420-000 | N/A | 5.05 | 5.05 | 5.05 |
| Wayne Kapral | 3420-000 | N/A | 589.95 | 589.95 | 589.95 |
| DICKENSHEET & ASSOCIATES, INC. | 3610-000 | N/A | 3,030.00 | 3,030.00 | 3,030.00 |
| DICKENSHEET & ASSOCIATES, INC. | 3620-000 | N/A | 468.75 | 468.75 | 468.75 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

| United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Denver JetCenter, INc. | 2410-000 | N/A | 2,487.00 | 2,487.00 | 2,487.00 |
| EJJ Holdings LLLP | 2410-000 | N/A | 9,489.71 | 9,489.71 | 9,489.71 |
| Denver JetCenter, INc. | 2410-000 | N/A | 0.00 | 0.00 | 0.00 |
| Paycon Payroll LLC | 2990-000 | N/A | 581.80 | 581.80 | 581.80 |
| United States Treasury | 2810-000 | N/A | 0.00 | 2,843.21 | 2,843.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$350,397.88** | **$353,522.60** | **$353,522.60** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cordes & Company | 6700-000 | N/A | 56,377.99 | 56,377.99 | 56,377.99 |
| First National Bank of Vinita | 6710-000 | N/A | 0.00 | 0.00 | 0.00 |
| Cordes & Company | 6710-000 | N/A | 48,183.51 | 48,183.51 | 48,183.51 |
| Wadsworth Warner Conrardy, P.C. | 6210-000 | N/A | 93,036.50 | 93,036.50 | 93,036.50 |
| Wadsworth Warner Conrardy, P.C. | 6220-000 | N/A | 3,744.25 | 3,744.25 | 3,744.25 |
| Denver JetCenter, INc. | 6920-000 | N/A | 1,001.44 | 1,001.44 | 1,001.44 |
| Arapahoe Airport Joint Venture #1 | 6920-000 | N/A | 102,376.83 | 61,426.10 | 61,426.10 |
| CONTINUUM Applied Technology, Inc. | 6950-000 | N/A | 13,525.09 | 13,525.09 | 13,525.09 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$318,245.61** | **$277,294.88** | **$277,294.88** |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5A | Franchise Tax Board | 5800-000 | 0.00 | 2,496.07 | 2,496.07 | 2,496.07 |
| 19 | IRS | 5800-000 | 0.00 | 300.00 | 300.00 | 300.00 |
| NOTFILED | Arizona Department of Revenue | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Colorado Department of Revenue | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Texas Comptroller of Public Accounts | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$2,796.07** | **$2,796.07** | **$2,796.07** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Campbell Capital 647 Fairfield Beach Road Fairfie | 7100-000 | 7,500.00 | 15,000.00 | 15,000.00 | 477.23 |
| 5B | Franchise Tax Board | 7100-000 | 0.00 | 709.83 | 709.83 | 21.58 |
| 5B | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 1.01 | 1.01 |
| 6 | Safety-Kleen/CleanHarbors | 7100-000 | 7,760.17 | 7,721.37 | 7,721.37 | 245.65 |
| 7 | National Calibration, Inc. | 7100-000 | 0.00 | 3,879.56 | 3,879.56 | 123.43 |
| 8 | American Express National Bank | 7100-000 | 42,212.94 | 44,805.42 | 44,805.42 | 1,425.48 |
| 9B | CONTINUUM Applied Technology, Inc. | 7100-000 | N/A | 7,728.62 | 3,606.69 | 114.75 |
| 9C | CONTINUUM Applied Technology, Inc. | 7100-000 | N/A | 4,121.93 | 17,647.02 | 561.44 |
| 10 | UniFirst Corporation | 7100-000 | 0.00 | 22,181.54 | 22,181.54 | 705.70 |
| 11 | Dell Marketing, L.P. | 7100-000 | 3,049.77 | 3,049.77 | 3,049.77 | 92.71 |
| 11 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 4.32 | 4.32 |
| 12A | Alan B. Ross | 7100-000 | 25,000.00 | 5,000.00 | 5,000.00 | 159.07 |
| 12B | Alan B. Ross | 7300-000 | 25,000.00 | 24,300.00 | 24,300.00 | 0.00 |
| 13 | Sunstate Equipment Co., LLC | 7100-000 | 1,800.12 | 1,800.12 | 1,800.12 | 54.72 |
| 13 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 2.55 | 2.55 |
| 15 | Aerospace Turbine Rotables, Inc. | 7100-000 | 10,939.66 | 10,939.66 | 10,939.66 | 348.04 |
| 16 | Sunstate Equipment Co., LLC | 7100-000 | 1,800.12 | 1,800.12 | 0.00 | 0.00 |
| 17 | Martillaro Raub Associates | 7100-000 | 0.00 | 21,288.06 | 21,288.06 | 677.28 |
| 18 | Rocky Mountain Propellers, Inc. | 7100-000 | 9,752.81 | 9,752.82 | 9,752.82 | 310.29 |
| 20 | N349WG LLC | 7100-000 | 0.00 | 862.22 | 862.22 | 26.21 |
| 20 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 1.22 | 1.22 |
| 21 | AVIALL SERVICES INC | 7100-000 | 2,108.91 | 2,108.86 | 2,108.86 | 64.11 |
| 21 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 2.99 | 2.99 |
| 22C | Bank of the West Attn: Angie Coro | 7100-000 | 7,400,000.00 | 5,142,240.25 | 5,142,240.25 | 163,600.16 |
| 23 | Allstream | 7100-000 | 2,136.67 | 854.32 | 854.32 | 25.97 |
| 23 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 1.21 | 1.21 |
| 24 | Law Offices of Fred C. Begy III, P.C. | 7100-000 | 139,807.64 | 56,794.00 | 56,794.00 | 1,806.90 |
| 25B | Stonebriar Commercial Finance, LLC | 7100-000 | 0.00 | 12,318,014.45 | 2,000,000.00 | 63,629.91 |
| 26 | Signature Flight Support Corporation | 7100-000 | 0.00 | 6,505.48 | 6,505.48 | 206.97 |
| 29 | Orion Air Group Holdings, LLC | 7200-000 | 0.00 | 173,000.00 | 173,000.00 | 0.00 |
| 30 | 584 Hyacinth Place | 7200-000 | 0.00 | 37,670.00 | 0.00 | 0.00 |
| 31 | Mark A. Stang | 7200-000 | 0.00 | 37,670.00 | 37,670.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 5280 Drug Testing | 7100-000 | 25.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aerographics | 7100-000 | 182.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Air Gas, LLC | 7100-000 | 4,143.09 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aircraft Spruce-Advantage, INC | 7100-000 | 4,422.82 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aircraft Technical Publishers | 7100-000 | 2,586.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Airport Couriers | 7100-000 | 1,050.98 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alan B. Ross | 7100-000 | 25,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Amstat | 7100-000 | 1,750.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Anthem Blue Cross Blue Shield | 7100-000 | 6,545.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arapahoe Aero | 7100-000 | 281.89 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arapahoe Airplaza JV #1 | 7100-000 | 2,340.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arapahoe County Public Airport Authority | 7100-000 | 1,239.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ARCpoint Labs of Scottsdale North | 7100-000 | 40.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arthur J Gallagher & Co. | 7100-000 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ATP Library | 7100-000 | 2,586.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aviation Management Consulting, INC. | 7100-000 | 3,650.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BankDirect | 7100-000 | 21,047.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BB&T Corp. | 7100-000 | 671.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BCBS of Colorado | 7100-000 | 6,545.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BCS Voice and Data Solutions | 7100-000 | 7,859.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Camp System International | 7100-000 | 2,825.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Centennial Instruments, Inc | 7100-000 | 115.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Centurylink | 7100-000 | 2,400.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | 7100-000 | 11,998.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cintas | 7100-000 | 540.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cintas Cincor Corporation | 7100-000 | 2,775.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cintas First Aid & Safety | 7100-000 | 3,806.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Compu Partners, LLC | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Continental Testing Services, Inc. | 7100-000 | 2,308.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cox Communications, Inc. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dallas Aeromotive | 7100-000 | 550.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Denver Heating and Air Conditioning Inc | 7100-000 | 220.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Denver Jet Center | 7100-000 | 29,064.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Denver JetCenter, Inc | 7100-000 | 265.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dish | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | EJJ Holdings LLLP | 7100-000 | 5,791.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | EverBank Commercial Finance | 7100-000 | 3,402.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FedEx | 7100-000 | 449.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Finnoff Aviation Products LLC | 7100-000 | 62.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Frank's Westside Aircraft | 7100-000 | 1,245.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gateway Crate and Freight, LLC | 7100-000 | 442.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | General Air Service & Supply Co | 7100-000 | 2,000.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gordon Partners LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grainger | 7100-000 | 827.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hartzell Propeller Inc. | 7100-000 | 121,087.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 1,040.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Honeywell | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | InterDyn BMI | 7100-000 | 46.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Iron Mountain | 7100-000 | 1,449.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kansas City Aviation Center I | 7100-000 | 39.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KLX Aerospace Solutions, Inc. | 7100-000 | 997.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Masco Service Corp. | 7100-000 | 27,305.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mayo Aviation | 7100-000 | 850.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Metro Maintenance Specialist | 7100-000 | 450.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mid-Continent Instruments Co | 7100-000 | 1,425.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Military Contract Solutions LLC | 7100-000 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mobile Transponder Services, LLC | 7100-000 | 252.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MT Propeller UA Inc | 7100-000 | 289.98 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Napa Auto Parts | 7100-000 | 249.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Neopost USA Inc. | 7100-000 | 1,108.39 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Newark Element14 | 7100-000 | 220.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Orkin Inc. | 7100-000 | 179.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pilatus Business Aircraft Ltd. | 7100-000 | 471,005.02 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pratt and Whitney | 7100-000 | 47,076.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ricoh | 7100-000 | 134.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rocky Mountain Business Products | 7100-000 | 78.01 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rocky Mountain Inventory Inc. | 7100-000 | 850.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sherwin WIlliams | 7100-000 | 50.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sirius XM Radio Inc. | 7100-000 | 6.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Skytech Inc. | 7100-000 | 142.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Snap On Tool Corp. | 7100-000 | 970.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Snap on Tools | 7100-000 | 3,196.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southwest Gas Corp. | 7100-000 | 8.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stang-Law Firm | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stepp & Sullivan P.C | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Straight Flight Inc. | 7100-000 | 1,226.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sun Life Financial | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sweetbaum Sands Anderson PC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | TASC | 7100-000 | 105.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Titan Services LLC | 7100-000 | 3,318.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Top Flight Detailing | 7100-000 | 2,615.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Top Flight Detailing | 7100-000 | 12,090.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 594.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Waste Management of Denver | 7100-000 | 373.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Waste Management of Denver | 7100-000 | 267.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | West Coast Wash Station | 7100-000 | 2,378.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Western Aircraft Sales Inc | 7100-000 | 7,949.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Xcel Energy | 7100-000 | 129.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Zachary Huston | 7100-000 | 1,628.98 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Zarlengo Raub LLP | 7100-000 | 21,004.99 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$8,588,265.99** | **$17,959,798.40** | **$7,611,730.29** | **$234,690.90** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Filed (f) or Converted (c): | 08/09/18 (c) |
| | | §341(a) Meeting Date: | 09/12/18 |
| Period Ending: | 08/28/20 | Claims Bar Date: | 11/16/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Funds on hand at time of Conversion to Chapter 7 held by Receiver. (u)<br>Source 3.10 on Debtor's amended Schedules Docket #170. | 127,525.62 | 127,525.62 | | 127,525.62 | FA |
| 2 | Collateral Funds on hand at time of Conversion to Chapter 7 held by Receiver. (u)<br>Source 3.3 thru 3.7 on Debtor's amended Schedules at Docket No. 170. | 3,251,875.34 | 0.00 | | 3,251,875.34 | FA |
| 3 | Miscellaneous Part Inventory<br>See Exhibit 2 to Amended Schedule A/B Docket # 170 | 672,754.72 | 0.00 | | 0.00 | FA |
| 4 | GX9056 Inventory<br>See Exhibit 3 to Amended Schedule A/B Docket # 170 | 14,164,571.92 | 500,000.00 | | 500,000.00 | FA |
| 5 | Office Furniture | 6,800.00 | 0.00 | | 0.00 | FA |
| 6 | Leasehold Improvements, Signs | 105,546.75 | 0.00 | | 0.00 | FA |
| 7 | Computer equipment, computer software, office equipment<br>The computer servers that Trustee had in his possession were deemed abandoned on September 6, 2019 after notice sent to all parties in interest. | 194,205.35 | 10,000.00 | OA | 0.00 | FA |
| 8 | 2013 Chevrolet Pickup | 32,743.59 | 18,900.00 | | 21,000.00 | FA |
| 9 | 2007 GMC Yukon SL 1500 Denali Sport Utility (u) | 8,962.00 | 8,300.00 | | 9,300.00 | FA |
| 10 | Miscellaneous Shop Equipment and Tools<br>See Exhibit 4 to Amended Schedule A/B Docket # 170 | 1,225,052.07 | 0.00 | | 0.00 | FA |
| 11 | Leasehold interest-Hangar 4<br>12260 East Control Tower Road, Englewood, CO | Unknown | 0.00 | | 0.00 | FA |
| 12 | www.tempusaircraft.com/internet domain name and we | Unknown | 0.00 | | 0.00 | FA |
| 13 | Part 145 FAA Repair Station License | 350,000.00 | 0.00 | | 0.00 | FA |
| 14 | Sales Force and Corridor Software | Unknown | 0.00 | | 0.00 | FA |
| 15 | Lawsuit/Settlement with Travelers<br>Multiple parties asserting claims to funds. | 850,000.00 | 150,000.00 | | 1,150,000.00 | FA |
| 16 | Lawsuit against Signature Flight Support Corp.<br>Multiple parties asserting claims to funds | 1,750,000.00 | 40,000.00 | | 254,726.48 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Filed (f) or Converted (c): | 08/09/18 (c) |
| | | §341(a) Meeting Date: | 09/12/18 |
| Period Ending: | 08/28/20 | Claims Bar Date: | 11/16/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Lawsuit with Landlord<br>Multiple parties asserting claims to funds. Judgment was<br>reversed on appeal. Directed verdict against Tempus Aircraft<br>Sales & Service. | 3,695,000.00 | 400,000.00 | | 0.00 | FA |
| 18 | Fraudulent conveyence claim against Baums (u) | 290,000.00 | 150,000.00 | | 150,000.00 | FA |
| 19 | Leasehold interest in Freemont Business Center (u)<br>14540 East Fremont Avenue, Centennial, CO (rental income) | 11,739.47 | 11,739.47 | | 11,739.47 | FA |
| 20 | Accounts receivable Pilatus Parts | 633,741.42 | 334,031.31 | | 334,031.31 | FA |
| 21 | Fraudulent transfer to Sherman & Howard (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 22 | Refund subscription Aircraft Bluebook (u) | 415.94 | 415.94 | | 415.94 | FA |
| 23 | Refund from Texas Workforce Commission (u) | 18.48 | 18.48 | | 18.48 | FA |
| 24 | Interest earned from funds deposited with Court (u) | 12,479.34 | 12,479.34 | | 12,479.34 | FA |
| 25 | Damaged Parts (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 26 | Workers Compensation Policy Refund (u) | 13,997.46 | 13,997.46 | | 13,997.46 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$27,426,429.47** | **$1,806,407.62** | | **$5,866,109.44** | **$0.00** |

**Major activities affecting case closing:**
March 10, 2020; Amended TFR sent to UST.

**Initial Projected Date of Final Report (TFR):** December 31, 2019       **Current Projected Date of Final Report (TFR):** November 20, 2019 (Actual)

| August 28, 2020 | /s/ Tom H. Connolly |
|---|---|
| Date | Tom H. Connolly |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 1

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | FNB Vinita |
| | | | Account: | ****5740 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/18 | Asset #1 | Tom H. Connolly, Chapter 11 Trustee | Transfer by Deposit of funds uponConversion to Chapter 7 | 1290-000 | 127,525.62 | | 127,525.62 |
| 08/21/18 | 101 | UNITED STATES BANKRUPTCY COURT | Filing fee for adv. pro. # 18-1243 | 2700-000 | | 350.00 | 127,175.62 |
| 08/22/18 | | Allen Vellone Wolf Helfrich & Factor | Purchase/settlement payment fromBlums for 9056 Parts | | 660,000.00 | | 787,175.62 |
| 08/22/18 | Asset #19 | | Business Center Allen Vellone Wolf Helfrich & Factor - Leasehold interest in Freemont Business Center          10,000.00 | 1222-000 | | | 787,175.62 |
| 08/22/18 | Asset #4 | | Allen Vellone Wolf Helfrich & Factor - GX9056 Inventory          500,000.00 | 1129-000 | | | 787,175.62 |
| 08/22/18 | Asset #18 | | against Baums Allen Vellone Wolf Helfrich & Factor - Fraudulent conveyence claim against Baums          150,000.00 | 1241-000 | | | 787,175.62 |
| 08/22/18 | 102 | EJJ Holdings LLLP | Portion of August 2018 Rent | 2410-000 | | 3,758.69 | 783,416.93 |
| 08/23/18 | | Bank of the West | Payment of Security Interest onSale of 9056 Parts | 4210-000 | | 500,000.00 | 283,416.93 |
| 09/06/18 | Asset #20 | Pilatus Business Aircraft, Ltd. | Payment per Settlement Agreement | 1121-000 | 270,105.00 | | 553,521.93 |
| 09/11/18 | Asset #19 | Blum Enterprises, LLC | Rent for August reimbursment peragreement | 1222-000 | 79.47 | | 553,601.40 |
| 09/11/18 | Asset #20 | Pilatus Business Aircraft, Ltd. | Payment for parts returned | 1121-000 | 32,376.01 | | 585,977.41 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | FNB Vinita |
| | | | Account: | ****5740 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/18 | Asset #22 | Informa | Refund of subscription | 1229-000 | 415.94 | | 586,393.35 |
| 09/13/18 | | Bank of the West | Payment on Secured Claim perSettlement Agreement | 4210-000 | | 32,376.01 | 554,017.34 |
| 09/14/18 | Asset #19 | Blum Enterprises, LLC | Rent for August reimbursment peragreement | 1222-000 | 1,660.00 | | 555,677.34 |
| 09/24/18 | Asset #20 | Pilatus Business Aircraft, Ltd. | Payment for parts returned | 1121-000 | 31,550.30 | | 587,227.64 |
| 10/09/18 | Asset #21 | Sherman & Howard LLC | Settlement payment | 1241-000 | 25,000.00 | | 612,227.64 |
| 10/12/18 | 103 | Wayne Kapral | Accountant fees | 3410-000 | | 37,400.00 | 574,827.64 |
| 10/12/18 | 104 | Wayne Kapral | Accountant expenses | 3420-000 | | 589.95 | 574,237.69 |
| 10/12/18 | 105 | Cordes & Company | Receiver Fees | 6700-000 | | 56,377.99 | 517,859.70 |
| 10/12/18 | 106 | Cordes & Company | Receiver expenses | 6710-000 | | 48,183.51 | 469,676.19 |
| 10/26/18 | 107 | CONNOLLY, TOM H. | Trustee Compensation | 2100-000 | | 65,000.00 | 404,676.19 |
| 10/26/18 | 108 | CONNOLLY, TOM H. | Trustee Expenses | 2200-000 | | 2,919.85 | 401,756.34 |
| 11/08/18 | 109 | Denver JetCenter, INc. | Storage Rental Expenses | | | 1,392.55 | 400,363.79 |
| 11/08/18 | | | 391.11 | 2410-000 | | | 400,363.79 |
| 11/08/18 | | | 1,001.44 | 6920-000 | | | 400,363.79 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | FNB Vinita |
| | | | Account: | ****5740 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/18 | | First National Bank of Vinita | Adjusting check number 106Wrote check to Cordes & Company on 10/12/18.  Its bank sent check through our bank for $48,183.55 making account $0.04 out of balance.  First National Bank of Vinita paid the $48,183.55 and credited TASS account the $0.04 it overpaid.  The overpayment was caught in the monthly bank statement review and reconcilliation by the Trustee and this transaction is correcting the Bank's error. | 6710-000 | | -0.04 | 400,363.83 |
| 11/13/18 | 110 | Denver JetCenter, INc. | Storage Rental Expenses | 2410-000 | | 176.00 | 400,187.83 |
| 11/13/18 | | First National Bank of Vinita | Adjusting check number 106Wrote check to Cordes & Company on 10/12/18.  Its bank sent check through our bank for $48,183.55 making account $0.04 out of balance.  First National Bank of Vinita paid the $48,183.55 and credited TASS account the $0.04 it overpaid.  The overpayment was caught in the monthly bank statement review and reconcilliation by the Trustee and this transaction is correcting the Bank's error. | 6710-000 | | 0.04 | 400,187.79 |
| 11/13/18 | | Paycon Payroll LLC | Fee for 2018 W-2's for Chapter 11Employees | 2990-000 | | 581.80 | 399,605.99 |
| 11/28/18 | Asset #16 | Murray, MOrin & Herman, P.A. | Settlement payment | 1149-000 | 254,726.48 | | 654,332.47 |
| 12/03/18 | 111 | Rahimi, Hughes & Padgett, LLC | Attorney fees and expenses persettlement | 4220-000 | | 73,317.13 | 581,015.34 |
| 12/03/18 | 112 | The Law Offices Of Fred C. Begy, III, P.C. | Attorney fees and expenses persettlement | 4220-000 | | 148,070.76 | 432,944.58 |
| 12/04/18 | 113 | Denver JetCenter, INc. | Storage Rental Expenses | 2410-000 | | 743.11 | 432,201.47 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | FNB Vinita |
| | | | Account: | ****5740 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/11/18 | | Denver JetCenter, INc. | Storage Rental Expenses<br> Denver JetCenter, INc. | | 2410-000 | | -743.11 | 432,944.58 |
| 12/13/18 | 114 | Denver JetCenter, INc. | Storage Rental Expenses | | 2410-000 | | 176.00 | 432,768.58 |
| 12/21/18 | | Dickensheet & Associates, INc. | Auction Proceeds | | | 30,300.00 | | 463,068.58 |
| 12/21/18 | Asset #8 | | Dickensheet & Associates,<br>Inc. - 2013 Chevrolet Pickup | 21,000.00 | 1129-000 | | | 463,068.58 |
| 12/21/18 | Asset #9 | | Sport Utility Dickensheet &<br>Associates, Inc. - 2007 GMC<br>Yukon SL 1500 Denali Sport<br>Utility | 9,300.00 | 1229-000 | | | 463,068.58 |
| 12/21/18 | 115 | DICKENSHEET & ASSOCIATES,<br>INC. | Auctioneer's Commission | | 3610-000 | | 3,030.00 | 460,038.58 |
| 12/21/18 | 116 | DICKENSHEET & ASSOCIATES,<br>INC. | Auctioneer's Expenses | | 3620-000 | | 468.75 | 459,569.83 |
| 01/07/19 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | | 9999-000 | | 459,569.83 | 0.00 |

|  | | | ACCOUNT TOTALS | | 1,433,738.82 | 1,433,738.82 | $0.00 |
|  | | | Less: Bank Transfers | | 0.00 | 459,569.83 | |
|  | | | **Subtotal** | | **1,433,738.82** | **974,168.99** | |
|  | | | Less: Payment to Debtors | | 0.00 | | |
|  | | | **NET Receipts / Disbursements** | | **$1,433,738.82** | **$974,168.99** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  5

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Bank Name: | FNB Vinita |
| | | Account: | ****5751 - Collateral |
| Taxpayer ID#: | **-***2630 | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/18 | Asset #2 | Tom H. Connolly, Chapter 11 Trustee of the | Transfer by Deposit of funds uponConversion to Chapter 7 | 1290-000 | 3,251,875.34 | | 3,251,875.34 |
| 09/05/18 | | Bank of the West | Payment on Secured Claim perSettlement Agreement;approved by the Court on August 21, 2018 | 4210-000 | | 601,875.34 | 2,650,000.00 |
| 09/05/18 | | Pilatus Business Aircraft LTD | Payment on Secured Claim perSettlement Agreement;approved by the Court on 8/21/18 | 4210-000 | | 2,650,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **3,251,875.34** | **3,251,875.34** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | **3,251,875.34** | **3,251,875.34** |
| Less: Payment to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$3,251,875.34** | **$3,251,875.34** |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 6

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Bank Name: | Texas Capital Bank |
| | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/19 | | Transfer from FNB Vinita | Transfer from FNB Vinita | 9999-000 | 459,569.83 | | 459,569.83 |
| 01/09/19 | 53001 | Denver JetCenter, Inc. | Monthly storage fee/utilities | 2410-000 | | 224.22 | 459,345.61 |
| 01/15/19 | 53002 | Wadsworth Warner Conrardy, P.C. | Attorney fees | 3210-000 | | 12,276.75 | 447,068.86 |
| 01/15/19 | 53003 | Wadsworth Warner Conrardy, P.C. | Attorney expenses | 3220-000 | | 209.57 | 446,859.29 |
| 01/15/19 | 53004 | EJJ Holdings LLLP | Administrative expense claim allowed per Order dated 1/11/19 | 2410-000 | | 5,731.02 | 441,128.27 |
| 02/05/19 | 53005 | Denver JetCenter, Inc. | Monthly storage fees | 2410-000 | | 176.00 | 440,952.27 |
| 02/12/19 | Asset #23 | Texas Comptroller of Public Accounts | Refund | 1224-000 | 18.48 | | 440,970.75 |
| 03/01/19 | 53006 | Denver JetCenter, INc. | Monthly storage fee | 2410-000 | | 176.00 | 440,794.75 |
| 04/03/19 | 53007 | Denver JetCenter, INc. | Monthly storage rental expense | 2410-000 | | 176.00 | 440,618.75 |
| 04/04/19 | 53008 | Denver JetCenter, INc. | Quarterly utilities on storage unit lease | 2410-000 | | 81.11 | 440,537.64 |
| 05/01/19 | 53009 | Denver JetCenter, INc. | Monthly storage fee | 2410-000 | | 176.00 | 440,361.64 |
| 06/06/19 | 53010 | Denver JetCenter, INc. | Monthly storage fee | 2410-000 | | 176.00 | 440,185.64 |
| 07/02/19 | 53011 | Denver JetCenter, INc. | Monthly storage fee | 2410-000 | | 176.00 | 440,009.64 |
| 07/03/19 | 53012 | Denver JetCenter, INc. | Quarterly utilities on storage facility | 2410-000 | | 30.56 | 439,979.08 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 7

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Bank Name: | Texas Capital Bank |
| | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/19 | Asset #15 | United States Treasury | Settlement Amount-Interpleader disbursement from Clerk of the Court | 1149-000 | 1,150,000.00 | | 1,589,979.08 |
| 07/23/19 | Asset #24 | United States Treasury | Interest received from funds deposited with Clerk of the Court | 1270-000 | 12,479.34 | | 1,602,458.42 |
| 07/24/19 | 53013 | Godfrey Johnson, PC | Contingency Fee for Special Counsel | 3210-600 | | 57,500.00 | 1,544,958.42 |
| 07/24/19 | 53014 | Godfrey Johnson, PC | Payment on attorneys liens | 4220-000 | | 91,194.34 | 1,453,764.08 |
| 07/24/19 | 53015 | The Stang Law Firm | Payment on Attorneys Liens | 4220-000 | | 37,670.00 | 1,416,094.08 |
| 07/24/19 | 53016 | The Law Offices Of Fred C. Begy, I P.C. | Payment on Attorneys Liens | 4220-000 | | 140,598.68 | 1,275,495.40 |
| 07/24/19 | 53017 | Firefly Financial, Ltd. | Settlement Payment | 4210-000 | | 150,000.00 | 1,125,495.40 |
| 07/24/19 | 53018 | Burns Charest LLP | Settlement Payment | 4210-000 | | 150,000.00 | 975,495.40 |
| 07/24/19 | 53019 | Drew Blum and Ralph Blum | 10% of Net Award from Insurance Proceeds per Order of the Court dated 6/18/19. | 4210-000 | | 52,303.69 | 923,191.71 |
| 07/30/19 | | Bank of the West Attn: Angie Coro | Payment on secured claim per Order of the Court | 4210-000 | | 366,125.89 | 557,065.82 |
| 09/10/19 | 53020 | Denver JetCenter, INc. | Storage Expenses | 2410-000 | | 352.00 | 556,713.82 |
| 09/19/19 | 53021 | Wadsworth Warner Conrardy, P.C. | Attorney's fees | 3210-000 | | 15,350.50 | 541,363.32 |
| 09/19/19 | 53022 | Wadsworth Warner Conrardy, P.C. | Attorneys expenses | 3220-000 | | 317.60 | 541,045.72 |
| 10/16/19 | Asset #25 | Stonebriar Financial | Payment for Damaged Parts | 1229-000 | 4,000.00 | | 545,045.72 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  8

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
|---|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/19 | | Firefly Financial, Ltd. | Settlement Payment Firefly Financial, Ltd. | 4210-000 | | -150,000.00 | 695,045.72 |
| 10/23/19 | 53023 | Michael J. Pankow Attorney for Firefly Financial, Ltd. | Settlement Payment | 4210-000 | | 150,000.00 | 545,045.72 |
| 11/19/19 | 53024 | Patrick C. Giefer | Accountant's compensation per Order dated 11/12/19. | 3410-000 | | 6,439.50 | 538,606.22 |
| 11/19/19 | 53025 | Patrick C. Giefer | Accountant's reimbursement of expenses per Order dated 11/12/19. | 3420-000 | | 5.05 | 538,601.17 |
| 01/07/20 | 53026 | Tom H. Connolly | Trustee Compensation | 2100-000 | | 133,813.36 | 404,787.81 |
| 01/07/20 | 53027 | Tom H. Connolly | Trustee Expenses | 2200-000 | | 1,098.58 | 403,689.23 |
| 01/07/20 | 53028 | Wadsworth Warner Conrardy, P.C. | Administrative claim of the Chapter 11 phase of case. | 6210-000 | | 93,036.50 | 310,652.73 |
| 01/07/20 | 53029 | Wadsworth Warner Conrardy, P.C. | Administrative claim of the Chapter 11 phase of case. | 6220-000 | | 3,744.25 | 306,908.48 |
| 01/07/20 | 53030 | Arapahoe Airport Joint Venture #1 | Administrative Claim; Stopped on 03/11/2020 | 6920-004 | | 61,426.10 | 245,482.38 |
| 01/07/20 | 53031 | CONTINUUM Applied Technology, Inc. | Administrative Claim from Chapter 11 phase of case. | 6950-000 | | 13,525.09 | 231,957.29 |
| 01/07/20 | 53032 | United States Trustee | Administrative claim from Chapter 11 phase of case. | 2950-000 | | 650.00 | 231,307.29 |
| 01/07/20 | 53033 | Arapahoe County Treasurer | Disb of 100.00% to Claim #00014 | 4800-000 | | 4,273.15 | 227,034.14 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 9

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/20 | 53034 | Franchise Tax Board | Disb of 100.00% to Claim #00005A | 5800-000 | | 2,496.07 | 224,538.07 |
| 01/07/20 | 53035 | IRS | Disb of 100.00% to Claim #00019 | 5800-000 | | 300.00 | 224,238.07 |
| 01/07/20 | 53036 | Campbell Capital 647 Fairfield Beach Road Fairfie | Disb of 3.04% to Claim #00001 | 7100-000 | | 455.98 | 223,782.09 |
| 01/07/20 | 53037 | Franchise Tax Board | Disb of 3.04% to Claim #00005B | 7100-000 | | 21.58 | 223,760.51 |
| 01/07/20 | 53038 | Safety-Kleen/CleanHarbors | Disb of 3.04% to Claim #00006 | 7100-000 | | 234.71 | 223,525.80 |
| 01/07/20 | 53039 | National Calibration, Inc. | Disb of 3.04% to Claim #00007 | 7100-000 | | 117.93 | 223,407.87 |
| 01/07/20 | 53040 | American Express National Bank | Disb of 3.04% to Claim #00008 | 7100-000 | | 1,361.99 | 222,045.88 |
| 01/07/20 | 53041 | CONTINUUM Applied Technology, Inc. | Disb of 3.04% to Claim #00009B | 7100-000 | | 109.64 | 221,936.24 |
| 01/07/20 | 53042 | CONTINUUM Applied Technology, Inc. | Disb of 3.04% to Claim #00009C | 7100-000 | | 536.43 | 221,399.81 |
| 01/07/20 | 53043 | UniFirst Corporation | Disb of 3.04% to Claim #00010 | 7100-000 | | 674.27 | 220,725.54 |
| 01/07/20 | 53044 | Dell Marketing, L.P. | Disb of 3.04% to Claim #00011 | 7100-000 | | 92.71 | 220,632.83 |
| 01/07/20 | 53045 | Alan B. Ross | Disb of 3.04% to Claim #00012A | 7100-000 | | 151.99 | 220,480.84 |
| 01/07/20 | 53046 | Sunstate Equipment Co., LLC | Disb of 3.04% to Claim #00013 | 7100-000 | | 54.72 | 220,426.12 |
| 01/07/20 | 53047 | Aerospace Turbine Rotables, Inc. | Disb of 3.04% to Claim #00015 | 7100-000 | | 332.54 | 220,093.58 |
| 01/07/20 | 53048 | Martillaro Raub Associates | Disb of 3.04% to Claim #00017 | 7100-000 | | 647.11 | 219,446.47 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 10

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Bank Name: | Texas Capital Bank |
| | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/20 | 53049 | Rocky Mountain Propellers, Inc. | Disb of 3.04% to Claim #00018 | 7100-000 | | 296.47 | 219,150.00 |
| 01/07/20 | 53050 | N349WG LLC | Disb of 3.04% to Claim #00020 | 7100-000 | | 26.21 | 219,123.79 |
| 01/07/20 | 53051 | AVIALL SERVICES INC | Disb of 3.04% to Claim #00021 | 7100-000 | | 64.11 | 219,059.68 |
| 01/07/20 | 53052 | Bank of the West Attn: Angie Coro | Disb of 3.04% to Claim #00022C | 7100-000 | | 156,313.62 | 62,746.06 |
| 01/07/20 | 53053 | Allstream | Disb of 3.04% to Claim #00023 | 7100-000 | | 25.97 | 62,720.09 |
| 01/07/20 | 53054 | Law Offices of Fred C. Begy III, P.C. | Disb of 3.04% to Claim #00024 | 7100-000 | | 1,726.42 | 60,993.67 |
| 01/07/20 | 53055 | Stonebriar Commercial Finance, LLC | Disb of 3.04% to Claim #00025B | 7100-000 | | 60,795.92 | 197.75 |
| 01/07/20 | 53056 | Signature Flight Support Corporation | Disb of 3.04% to Claim #00026 | 7100-004 | | 197.75 | 0.00 |
| 03/05/20 | Asset #26 | IFBOA Workers Compensation Safety Group Program | Workers Compensation Policy Refund | 1229-000 | 13,997.46 | | 13,997.46 |
| 03/10/20 | 53057 | United States Treasury | EIN: 45-3532630; Tax Period 12/31/18;  Form 1065 | 2810-000 | | 2,843.21 | 11,154.25 |
| 03/11/20 | 53030 | Arapahoe Airport Joint Venture #1 | Administrative Claim; Stopped: Check issued on 01/07/2020 | 6920-004 | | -61,426.10 | 72,580.35 |
| 03/12/20 | 53058 | Arapahoe Airport Joint Venture #1 | Payment on Administrative Claim | 6920-004 | | 61,426.10 | 11,154.25 |
| 04/07/20 | 53056 | Signature Flight Support Corporation | Stop Payment on Check 53056 Signature Flight Support Corporation | 7100-004 | | -197.75 | 11,352.00 |
| 05/15/20 | 53059 | U.S. BANKRUPTCY COURT | Remitted to Court | | | 13.30 | 11,338.70 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 11

| Case Number: | 18-13507 MER | Trustee: | Tom H. Connolly |
|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | Bank Name: | Texas Capital Bank |
| | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/20 | | | | 1.21 | 7100-001 | | 11,338.70 |
| 05/15/20 | | | | 2.99 | 7100-001 | | 11,338.70 |
| 05/15/20 | | | | 1.22 | 7100-001 | | 11,338.70 |
| 05/15/20 | | | | 2.55 | 7100-001 | | 11,338.70 |
| 05/15/20 | | | | 4.32 | 7100-001 | | 11,338.70 |
| 05/15/20 | | | | 1.01 | 7100-001 | | 11,338.70 |
| 05/15/20 | 53060 | Tom H. Connolly | Trustee Compensation | 2100-000 | | 419.92 | 10,918.78 |
| 05/15/20 | 53061 | Tom H. Connolly | Trustee Expenses | 2200-000 | | 281.50 | 10,637.28 |
| 05/15/20 | 53062 | Campbell Capital 647 Fairfield Beach Road Fairfie | Disb of 0.14% to Claim #00001 | 7100-000 | | 21.25 | 10,616.03 |
| 05/15/20 | 53063 | Safety-Kleen/CleanHarbors | Disb of 0.14% to Claim #00006 | 7100-000 | | 10.94 | 10,605.09 |
| 05/15/20 | 53064 | National Calibration, Inc. | Disb of 0.14% to Claim #00007 | 7100-000 | | 5.50 | 10,599.59 |
| 05/15/20 | 53065 | American Express National Bank | Disb of 0.14% to Claim #00008 | 7100-000 | | 63.49 | 10,536.10 |
| 05/15/20 | 53066 | CONTINUUM Applied Technology, Inc. | Disb of 0.14% to Claim #00009B | 7100-000 | | 5.11 | 10,530.99 |
| 05/15/20 | 53067 | CONTINUUM Applied Technology, Inc. | Disb of 0.14% to Claim #00009C | 7100-000 | | 25.01 | 10,505.98 |
| 05/15/20 | 53068 | UniFirst Corporation | Disb of 0.14% to Claim #00010 | 7100-000 | | 31.43 | 10,474.55 |
| 05/15/20 | 53069 | Alan B. Ross | Disb of 0.14% to Claim #00012A | 7100-000 | | 7.08 | 10,467.47 |
| 05/15/20 | 53070 | Aerospace Turbine Rotables, Inc. | Disb of 0.14% to Claim #00015 | 7100-000 | | 15.50 | 10,451.97 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  12

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
|---|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******2529 - Checking Account |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/20 | 53071 | Martillaro Raub Associates | Disb of 0.14% to Claim #00017 | 7100-000 | | 30.17 | 10,421.80 |
| 05/15/20 | 53072 | Rocky Mountain Propellers, Inc. | Disb of 0.14% to Claim #00018 | 7100-000 | | 13.82 | 10,407.98 |
| 05/15/20 | 53073 | Bank of the West Attn: Angie Coro | Disb of 0.14% to Claim #00022C | 7100-000 | | 7,286.54 | 3,121.44 |
| 05/15/20 | 53074 | Law Offices of Fred C. Begy III, P.C. | Disb of 0.14% to Claim #00024 | 7100-000 | | 80.48 | 3,040.96 |
| 05/15/20 | 53075 | Stonebriar Commercial Finance, LLC | Disb of 0.14% to Claim #00025B | 7100-000 | | 2,833.99 | 206.97 |
| 05/15/20 | 53076 | Signature Flight Support Corporation | Disb of 3.18% to Claim #00026 | 7100-000 | | 206.97 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **1,640,065.11** | **1,640,065.11** | **$0.00** |
| Less: Bank Transfers | | 459,569.83 | 0.00 | |
| **Subtotal** | | **1,180,495.28** | **1,640,065.11** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,180,495.28** | **$1,640,065.11** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 13

| Case Number: | 18-13507 MER | | Trustee: | Tom H. Connolly |
|---|---|---|---|---|
| Case Name: | Tempus Aircraft Sales and Service, | | Bank Name: | Signature Bank |
| | | | Account: | ******1146 - Checking |
| Taxpayer ID#: | **-***2630 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 08/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1146** | 0.00 | 0.00 | 0.00 |
| **Checking # ******2529** | 1,180,495.28 | 1,640,065.11 | 0.00 |
| **Checking # ****5740** | 1,433,738.82 | 974,168.99 | 0.00 |
| **Checking # ****5751** | 3,251,875.34 | 3,251,875.34 | 0.00 |
| | $5,866,109.44 | $5,866,109.44 | $0.00 |